## Exhibit List to Verified Complaint

Ex. 1      March 23, 2007 Injunction entered in *Shoen v. Symons et al*, No. 2:06-cv-03008-DGC

Ex. 2      Stipulation for entry of permanent injunction

Ex. 2(a)   Symons' Statement of Truth

Ex. 3      Printout of Internet pages offering the DVD set via eBay

Ex. 4      Compendium of other printouts from Internet violating Injunction and stipulation

Ex. 6      The Cobra-Ferrari Wars copyright registration

Ex. 7      Compendium of reviews

Ex. 8      The Cobra-Ferrari Wars copyright registration (second edition)

Ex. 9      Letter from Symons to Shoen dated September 7, 2001

Ex. 10     Letter from Shoen to Symons dated September 20, 2001

Ex. 11     Printout from internet causing public confusion

Ex. 12     Letter from Symons to Shoen dated February 4, 2005

Ex. 13     E-mail communications with confused reader

Ex. 14     Letter from Shoen to Jan Hyde dated November 2, 2003

# EXHIBIT 1

1

2

3

4          UNITED STATES DISTRICT COURT

5              DISTRICT OF ARIZONA

6

7    Michael L. Shoen, a resident of Arizona,

8                    Plaintiff,                    No. 2:06-cv-03008- PHX DGC

9                       v.

10   Richard Symons, a resident of Great          PERMANENT INJUNCTION
     Britain; Spirit Level Films, a British film
11   distributing entity; Amazon.com, a
12   Delaware corporation; e-Bay.com, a
     Delaware corporation; Paul Zimmerman, a
13   resident of New York, d.b.a. The
     Motorsport Collector and
14   motorsportcollector.com; John Doe 1-10
15   and Jane Doe 1-10; ABC Partnership 1-10;
     and XYZ Corporation 1-10,
16
17                   Defendants.

18         The Court having considered Plaintiff's Application for Permanent Injunction and

19   supporting memorandum, and Plaintiff, Michael L. Shoen, and Defendants: Richard Symons

20   and Spirit Level Films, having reached an agreement in this matter,

21         IT IS ORDERED AS FOLLOWS:

22         A.     Defendants Richard Symons and Spirit Level Films, their officers, agents,

23   servants, employees and all persons in concert or participation with Defendants shall be

24   permanently enjoined from using the title "The Cobra-Ferrari Wars," or any portion thereof,

25   in any form and/or medium whatsoever, including, but not limited to, in e-mail and Internet

26   addresses and meta tags;

B.     Defendants immediately assign over to Plaintiff all Internet, e-mail, or other electronic addresses employing "cobraferrariwars" phrase;

C.     Defendants shall stop selling, marketing or allowing to sell or market and shall immediately destroy all sets of the DVD that is subject of this law suit, i.e., DVD titled "The Cobra-Ferrari Wars";

D.     Defendants shall file with this Court and serve on Plaintiff within twenty (20) days after entry of this Injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with this injunction, including the number of DVDs destroyed pursuant to paragraph C, above;

E.     To allow control of compliance with this injunction, Defendants shall immediately provide to the Plaintiff, copies of their 2004 and 2005 tax returns, copies of their DVD purchase (from the DVD manufacturer) invoices and sales (to retailers) invoices and any other documents, which Defendants shall verify under oath, evidencing the volume of the inventory of the subject DVD set that has been produced and/or ordered;

F.     Defendants will be allowed to continue selling the subject DVD set, so long as it is re-published under an entirely different title, which will not include the phrase "The Cobra-Ferrari Wars" or "Cobra" or "Ferrari" or any other language that would suggest "The Cobra-Ferrari Wars" title;

G.     Defendants shall not employ any means by which they would indicate to the public that their product is in any way authorized by or associated with Plaintiff, and they will not use Plaintiff's name or book title.

Dated this 23rd day of March, 2007.

_David G. Campbell_

_____
David G. Campbell
United States District Judge

# EXHIBIT 2

1   Maria Salapska (# 019585)
2   LAW OFFICE OF MARIA SALAPSKA, PLLC
    3001 East Camelback Road, Suite 120
3   Phoenix, Arizona  85016
    (480) 626-5597
4   msalapska@salapskalaw.com
5   Attorneys for Plaintiff Michael L. Shoen

6
                    UNITED STATES DISTRICT COURT
7
                        DISTRICT OF ARIZONA
8

9   Michael L. Shoen, a resident of Arizona,

10              Plaintiff,                    No. 2:06-cv-03008-DGC

11              v.

12                                            **STIPULATION FOR ENTRY OF**
    Richard Symons, a resident of Great      **PERMANENT INJUNCTION**
13  Britain; Spirit Level Films, a British film
    distributing entity; Amazon.com, a
14  Delaware corporation; e-Bay.com, a
15  Delaware corporation; Paul Zimmerman, a
    resident of New York, d.b.a. The
16  Motorsport Collector and
    motorsportcollector.com; John Doe 1-10    **(HON. DAVID G. CAMPBELL)**
17  and Jane Doe 1-10; ABC Partnership 1-10;
18  and XYZ Corporation 1-10,

19              Defendants.

20      Plaintiff, Michael L. Shoen, and Defendants: Richard Symons and Spirit Level Films,

21  having reached an agreement in this matter, stipulate to the entry of Permanent Injunction as

22  follows:

23      A.      Defendants, their officers, agents, servants, employees and all persons in

24  concert or participation with Defendants shall be permanently enjoined from using  the title

25  "The Cobra-Ferrari Wars," or any portion thereof, in any form and/or medium whatsoever,

26  including, but not limited to, in e-mail and Internet addresses and meta tags;

1       B.    Defendants immediately assign over to Plaintiff all Internet, e-mail, or other

2   electronic addresses employing "cobraferrariwars" phrase;

3       C.    Defendants shall stop selling, marketing or allowing to sell or market and shall

4   immediately destroy all sets of the DVD that is subject of this law suit, i.e., DVD titled "The

5   Cobra-Ferrari Wars";

6       D.    Defendants shall file with this Court and serve on Plaintiff within twenty (20)

7   days after entry of this Injunction, a report in writing, under oath, setting forth in detail the

8   manner and form in which Defendants have complied with this injunction, including the

9   number of DVDs destroyed pursuant to paragraph C, above;

10       E.    To allow control of compliance with this injunction, Defendants shall

11   immediately provide to the Plaintiff, copies of their 2004 and 2005 tax returns, copies of

12   their DVD purchase (from the DVD manufacturer) invoices and sales (to retailers) invoices

13   and any other documents, which Defendants shall verify under oath, evidencing the volume

14   of the inventory of the subject DVD set that has been produced and/or ordered;

15       F.    Defendants will be allowed to continue selling the subject DVD set, so long as

16   it is re-published under an entirely different title, which will not include the phrase "The

17   Cobra-Ferrari Wars" or "Cobra" or "Ferrari" or any other language that would suggest "The

18   Cobra-Ferrari Wars" title;

19       G.    Defendants shall not employ any means by which they would indicate to the

20   public that their product is in any way authorized by or associated with Plaintiff, and they

21   will not use Plaintiff's name or book for any purpose whatsoever.

22       Date:        , 2007        Signatures:

23                                     RICHARD SYMONS, pro per

24

25                                     Richard Symons, individually and

26                                     On behalf of

SPIRIT LEVEL FILMS UK, LTD.

Richard Symons
Unit 25 Shaftesbury Center
85 Barlby Road
London W10 6AZ

LAW OFFICE OF MARIA SALAPSKA, PLLC.

By  s/ Maria Salapska
   Maria Salapska
   3001 East Camelback Road Suite 120
   Phoenix, Arizona 85016

Attorney for Plaintiff Michael Shoen

## CERTIFICATE OF SERVICE

☒   I hereby certify that on _March 20_, 2007, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒   I hereby certify that on _March 20_, 20077, I served the attached document by [first class mail/hand delivery] on Judge D. Campbell, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

☒   I hereby certify that on _March 20_, 2007, I served the attached document by [facsimile/first class mail/hand delivery] on the following, who are not registered participants of the CM/ECF System:
   Richard Symons
   15 Elgin Mews South

- 3 -

London W9 1JZ

Spirit Level Films, c/o
Richard Symons
15 Elgin Mews South
London W9 1JZ

Amazon.com
c/o CT Corporations System
2394 East Camelback Road
Phoenix, AZ 85016

EBAY INC.
c/o National Registered Agents I
638 North Fifth Avenue
Phoenix, AZ 85003

Paul Zimmermann
2316 Delaware Avenue Suite 266
Buffalo, NY 14216-2687

The Motorsport Collector
5120 Belmont Road, Suite L
Downers Grove, Il 60515

s/ Maria Salapska

# EXHIBIT 2(A)



23 HYDE PARK ST.  LONDON W2 2JW

Maria Salapska
Law Office of Maria Salapska, PLLC
3001 East Camelback Road, Suite 120
Phoenix, Arizona 85016


5 April, 2007


Dear Maria,

Please find enclosed documents as discussed.

We're advised by our solicitors here that UK practice no longer requires a counter-signature by notary or otherwise verifiable person and is titled a "statement of truth".

I'd be grateful if you could confirm receipt and that everything is in order.


All the very best

Richard Symons
rich@spiritlevelfilm.com

**Statement of Truth**

Re :    STIPULATION FOR ENTRY OF PERMANENT INJUNCTION

 **No. 2:06-cv-03008-DGC**

in UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

I, Richard Symons, Director of Spirit Level UK Ltd say as follows ;

To comply with the above injunction we have undertaken the following actions as agreed with Maria Salapaska;

1. Instructed the BBC there are to be no further broadcasts until the film is re-titled.
2. Confirmed with the domain registrar that we are not in control of the domain name and as agreed, we await further (if any) instructions from Ryan (Mr Schoen's assistant) regarding any actions that may need to be taken to transfer the domain name. Please note, since our last conversation with Ryan we have received no instructions and remain under the impression that the domain is in Mr Schoen's control.
3. Removed the DVD from our catalogue.
4. Received all remaining stocks of the DVD (11 cartons/220 units) and have had them destroyed by Sonic Arts Ltd (see enclosed letter confirming this).
5. Please find enclosed the following documentation for the period, as agreed ;
   a. Mail order sales report
   b. Wholesale Invoices
   c. Invoices from manufacturer
   d. E-mailed statement from manufacturer confirming there are no further orders pending or call-off stock held by them.

In conclusion, we are happy to confirm we have no further stocks of the DVD and warrant we shall only re-release the programme/DVD with a new title in accordance with our agreement.

I believe that the facts stated in this Statement are true.

Signed ...............................................

 **RICHARD SYMONS, of 23 Hyde Park Street, London W2 2JW**

 **DATE**   05/04/07

**7th March 2007**



**Re: The Cobra Ferrari Wars**

To whom it may concern.

I write to confirm we have received 220 copies of the DVD title "the Cobra Ferrari Wars".

These have been destroyed as per instructions in our Intimus 502 CD/DVD shredder.

85 BARLBY ROAD
LONDON
W10 6BN

**T**: 020 8962 3000
**F**: 020 8962 6200
avi@sonic-arts.com

Yours Sincerely,

Avi Landenberg

REG. IN ENGLAND NO. 3303209
VAT NO. GB691 0327 45

**rich@spiritlevelfilm.com**

| | |
|---|---|
| **From:** | "Veronika Hofer" <Veronika.Hofer@sonydadc.com> |
| **To:** | "Richard Symons" <rich@spiritlevelfilm.com> |
| **Sent:** | 02 April 2007 13:26 |
| **Subject:** | Antwort: Re: the Cobra Ferrari Wars - manufacturing |

Dear Rich,

I am happy to herewith confirm both points mentioned in your e-mail below.

Best wishes,
Veronika

-------------------------------------------------
Sony DADC
Sonystr. 20
5081 Anif/ Salzburg
Austria

http://www.sonydadc.com
mailto: veronika.hofer@sonydadc.com
Telefon: +43 (0) 6246-880-537,
Telefax: +43 (0) 6246-880-9537
-------------------------------------------------


"Richard Symons" <rich@spiritlevelfilm.com>                     An "Veronika Hofer" <Veronika.Hofer@sonydadc.com>

                                                                Kopie
02.04.2007 14:16                                                Thema Re: the Cobra Ferrari Wars - manufacturing

> Bitte antworten an
> "Richard Symons" <rich@spiritlevelfilm.com>


Dear Veronika,

I'd be very grateful if you could confirm by return of this e-mail that there are ;

1) No orders pending at Sony DADC for our title "The Cobra Ferrari Wars" (Catalogue number SLFCFWARS01D).
2) No product in stock awaiting call off.

All the very best

Rich

Richard Symons
SPIRIT LEVEL FILM
23 Hyde Park Street
London W2 2JW

m +44 (0)777 3322606

02/04/2007

# EXHIBIT 3



**3** items found in eBay Motors
**1** item found in Collectibles
**1** item found in Books
**1** item found in Sports Mem, Cards & Fan Shop

**Learn more about searching:** Search tips | Advanced search commands

**Tools:** Saved searches | Want It Now

Number of bids and bid amounts may be slightly out of date. See each listing for
international shipping options and costs.
This page was last updated: Jul-13 08:05

eBay official time 08:05:48 PDT

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | Austria | France | Germany | Italy | Spain | United
Kingdom | Popular Searches | New Pulse
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

Page ID: p4pmiw`jtb9?uv.ruolu43;-12274a5f41a

About eBay | Announcements | Security Center | Resolution Center | eBay Toolbar | Policies | Government Relations |
Site Map | Help

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use
of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time


Sign in or register

Search | Advanced Search    Buy | Sell | My eBay | Community | Help

Site Map

Categories ▾   Motors   Stores   Daily Deal

eBay Security & Resolution Center

⬅ Back to list of items    Listed in category: DVD, Film & TV > DVDs

## COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW.

Item number: 260443376717

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay



View larger picture

*Buy It Now* price: **GBP 15.99**   Buy It Now >

(approximately US $25.91)

End time: **Jul-18-09 15:37:43 PDT**
(5 days 7 hours)

Shipping: To United States -- **GBP 3.50**
Sellers Standard International Rate Service to United States
(more services)

Ships to: N. and S. America, Europe, Asia, Australia

Item location: Chiswick, London, United Kingdom

Quantity: More than 10 available

History: Purchases

You can also:  [ Watch This Item ]

Get SMS or IM alerts | Email to a friend

### Meet the seller

Seller: shithitfan ( 430 ☆ )
Feedback: **99.5 % Positive**
Member: since May-24-08 in United Kingdom
Registered as an individual seller

▪ See detailed feedback
▪ Ask seller a question
▪ Add to Favorite Sellers
▪ **View seller's other items**

### Buy safely

1. **Check the seller's reputation**
Score: 430 | 99.5% Positive
See detailed feedback

2. **Check how you're protected**
Pay with *PayPal* and your full purchase price is covered |
See terms

Listing and payment details:  **Show**

**Get 10% back on all purchases, up to $25.** New eBay MasterCard Accounts only. US Residents Only. **See Details** | **Apply Now**

## Description

*Item Specifics - DVDs*

Region:          **--**
Genre:           **Sports**

Display Format: **--**
Condition:       **New**
Boxed Set:       **--**

This translation is provided as a service. eBay cannot guarantee its accuracy.     View Item Specifics in original language.

# This is the original and official double DVD. Brand new and officially sealed - I do not

3.3

# sell copies.

**PLEASE NOTE: This DVD was originally titled 'Cobra Ferrari Wars' but was recently re-titled 'Snake & Stallion' - however, the discs and content are absolutely identical to the original ones, only the title has been changed.**

**FABULOUS HISTORY ABOUT Carroll Shelby a bankrupt chicken farmer from Texas. In his early 30's with a young family, it was time to take stock. Re-join the rat race or follow his heart - motor-racing?**

**By 1959 Shelby had achieved the unimaginable and beat Ferrari at Le Mans. For Shelby the victory was a personal one, the culmination of his hard work in Europe, racing for the fledgling Aston Martin team against the crown prince of the track - Enzo Ferrari, a man whose imperious manner and manipulating intrigues had rubbed Shelby up the wrong way.**

**But Shelby had a secret - he'd barely survived the gruelling 24 hour race by popping nitro pills to ease the pains in his chest. Doctors forced him to announce a very premature retirement.**

**With Shel's career cut short at its peak, and the arrival of the new Ferrari GTO, Enzo's return to total dominance was assured, but Shelby had a dream - he'd build his own car and take back the crown. The rest of the world laughed and so began the Cobra Ferrari wars.**

**The participants and extraordinary footage tell how sheer determination, self belief and circumstances combine to propel a bunch of Southern Californian hot rodders and their charismatic leader against incredible odds to wage war against Europe's motor racing aristocracy.**

**From an idea and just one employee (his girlfriend at the time), Shelby's 3 year roller coaster ride sees him go on to make some of the most desirable cars on the planet (the Cobra, Mustang, and GT40), grow to 800 employees across 5 racing teams, and ultimately beat Enzo Ferrari and the European establishment.**

**Written, produced and directed by Richard Symons, it embraces the 60s with a carefully crafted soundtrack and fast-paced split screen style. Assembling the cars (some □15 million worth) to film them on the track is an achievement in itself, add to this exclusive interviews with all the participants (from mechanics, girlfriends, Ford execs, drivers), some extraordinary archive footage and you've got one of the most comprehensive films ever made on the subject.**

**"I spent a whole lot of time with Richard on this and he's really nailed it. Got all the right people, from Dan Gurney to Lee Iacocca. It's a wonderful, wonderful story and I've never seen anybody tell it better. I'm very proud to have been part of it." Carroll**

3.4

Shelby. 

**Well before its first transmission date it has attracted enormous publicity due to its unusual crossover between a very human story and some of the most desirable "boys toys" around, lovingly shot to capture their beauty and take the viewer right into the driving seat to experience their staggering performance. Indeed it was this crossover that led the BBC to commission the film and the directors' grandmother to whisper, "I want a Cobra".**

**This double DVD set features picture galleries from the shoot (at Goodwood racetrack), the War itself, over 90 minutes of unseen footage/interviews as well as deleted scenes. There's even full transcripts of over six hours of interviews conducted with Shelby giving a unique insight into the man himself and the uncensored history - spilling the beans on the back-door shenanigans/politics.**

# This disc is region free NTSC and will play on modern players worldwide - buy with confidence, see my feedback.
# U.K. postage FREE or I will post anywhere in else the world for actual shipping cost.

00007

---

**Shipping and handling**

**Ships to**
N. and S. America, Europe, Asia, Australia

| Country: United States | Quantity: 1 | Update |

3.5

| Shipping and Handling | Each Additional Item | To | Service | Insurance |
|---|---|---|---|---|
| GBP 3.50 | + GBP 0.50 | United States | Sellers Standard International Rate | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

The seller will not accept returns for this item.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | Accepted | Pay with **PayPal** and your full purchase price is covered | See terms |

Learn about payment methods

## Take action on this item                                                                                    Help

Item title: **COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW.**

**Buy It Now**

≣*BuyItNow* price:**GBP 15.99** (Approximately US $25.91)

Your Quantity: x   1

            Buy It Now >        You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

## Other options

(🔙) Back to list of items  |  Report this item  |  Printer Version  |   Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches | New Pulse
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Resolution Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

3.6

3.7

eBay Feedback Profile for shithitfan

**ebaY**

Welcome! Sign in or register.

Buy | Sell | My eBay | Community | Help

Site Map

| All Categories | | Search | Advanced Search |

eBay Security & Resolution Center

Categories ▾    Motors    Stores    Daily Deal

Home > Community > Feedback Forum > **Feedback Profile**

## Feedback Profile

**shithitfan ( 430 ☆ )**

**Positive Feedback (last 12 months): 99.5%**    [How is Feedback Percentage calculated?]

Member since: May-24-08 in United Kingdom

### Recent Feedback Ratings   (last 12 months)

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ⊕ Positive | 22 | 218 | 476 |
| ◯ Neutral | 0 | 0 | 3 |
| ⊟ Negative | 1 | 3 | 3 |

### Detailed Seller Ratings   (last 12 months)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described | ★★★★★ | 229 |
| Communication | ★★★★★ | 230 |
| Shipping time | ★★★★★ | 228 |
| Shipping and handling charges | ★★★★★ | 225 |

**Member Quick Links**

Contact member
View items for sale
View more options ▾

| Feedback as a seller | Feedback as a buyer | All Feedback | Feedback left for others |

**490 Feedback received** (viewing 1-200)

Revised Feedback: 0 ⓘ

| Feedback | From / Price | Date / Time |
|---|---|---|
| ⊕ fantastic item, thankyou very much!! <br> A LETTER FROM THE VIDELS VERY RARE LP DO DOO WOP (#260416988005) | Buyer: artuntitled1 ( 586 ☆ ) <br> GBP 1.04 | Jul-11-09 06:15 <br> View Item |
| ⊕ Great product+exceptional service-couldn't have been better.Highly recommended <br> COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW. (#260437707763) | Buyer: mickmazola ( 273 ☆ ) <br> GBP 15.99 | Jul-10-09 08:22 <br> View Item |
| ⊕ object received thank you very much <br> OFFICIAL & RARE BRITISH AIRWAYS CONCORDE BROCHURE (#260439809523) | Buyer: piak_123 ( 47 ☆ ) <br> GBP 9.99 | Jul-09-09 09:50 <br> View Item |
| ⊕ Delighted with purchase, excellent service, will use again <br> RAIN ON GENE COTTON LP ME & ELEPHANT YOU GOT ME RUNNING (#260434121734) | Buyer: mary11490 ( 47 ☆ ) <br> GBP 0.99 | Jul-08-09 15:49 <br> View Item |
| ⊕ Recommended buyer. Hope to deal with again. many thanks. <br> -- (#180369811727) | Seller: howbury-friends ( 33 ☆ ) <br> -- | Jul-08-09 13:14 <br> View Item |
| ⊕ Received my item in great condition and i personaly recomend this seller.thanks <br> COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW. (#260437707763) | Buyer: borton*1946 ( 31 ☆ ) <br> GBP 15.99 | Jul-07-09 21:33 <br> View Item |
| ⊟ FLIMSY PACKET , NO STIFFENERS ,RECORD ALL BENT ,USELESS, SENT AS CHEAP AS POS <br> ↳ **Reply** by shithitfan (Jul-07-09 09:29): <br> FULL REFUND HAPPILY GIVEN INC YOUR POSTAGE. JUST RETURN, NO PROBLEM! <br> ROBIN SARSTEDT MINT LP SOMETHING FOR THE WEEKEND (#260434123692) | Buyer: ybots123 ( 326 ☆ ) <br><br><br> GBP 0.99 | Jul-07-09 05:43 <br><br><br> View Item |
| ⊕ Great seller! Prompt shipping. DVD arrived A-OK. Great documentary! AAA+++ <br> COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW. (#260431421963) | Buyer: flyindragin ( 441 ☆ ) <br> GBP 15.99 | Jul-09-09 00:53 <br> View Item |
| ⊕ Fab, excellent, many thanks. <br> -- (#230351918613) | Seller: tonyfairbridge ( 514 ☆ ) <br> -- | Jul-06-09 14:40 <br> View Item |

**3.8**

| | | |
|---|---|---|
| ⊕ Fab, excellent, many thanks. | Seller: tonyfairbridge ( 514 ⭐ ) | Jul-06-09 14:37 |
| -- (#230351659855) | -- | View Item |
| ⊕ thankyou***** | Buyer: 123*staka ( 68 ⭐ ) | Jul-06-09 11:06 |
| HALFORDS WATER PRESSURE JET WASHER. NEARLY NEW COND. (#260435446810) | GBP 13.00 | View Item |
| ⊕ Good service | Buyer: 2006whiteside ( 803 ⭐ ) | Jul-04-09 12:56 |
| RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260431422597) | GBP 11.50 | View Item |
| ⊕ Really quick service, many thanks indeed | Buyer: cmdady ( 216 ⭐ ) | Jul-01-09 12:48 |
| RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260431422597) | GBP 11.50 | View Item |
| ⊕ Fab, excellent, many thanks | Seller: tonyfairbridge ( 514 ⭐ ) | Jun-30-09 11:31 |
| -- (#230351369299) | -- | View Item |
| ⊕ Good description fast despatch | Buyer: 2terryw2007 ( 41 ⭐ ) | Jun-25-09 02:00 |
| COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW. (#260431421963) | GBP 15.99 | View Item |
| ⊕ great . fast delivery , many thanks | Buyer: jasmine5863 ( 15 ⭐ ) | Jun-21-09 07:49 |
| RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260425208156) | GBP 11.50 | View Item |
| ⊕ fast and save here! thank you | Buyer: kulti41 ( 216 ⭐ ) | Jun-19-09 04:00 |
| OFFICIAL & RARE BRITISH AIRWAYS CONCORDE BROCHURE (#260421464451) | GBP 2.50 | View Item |
| ⊕ Excellent transaction, Fast delivery. Thank you | Buyer: frob_toggle ( 173 ⭐ ) | Jun-18-09 11:05 |
| RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260419308352) | GBP 11.50 | View Item |
| ⊕ item received as described. very fast shipping, esp from overseas. | Buyer: vkchu ( 35 ⭐ ) | Jun-17-09 08:46 |
| COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW. (#260425208533) | GBP 15.99 | View Item |
| ⊕ Item as described, well packaged and arrived quickly. Perfect transaction! | Buyer: red205gti ( 126 ⭐ ) | Jun-16-09 14:50 |
| COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW. (#260425208533) | GBP 15.99 | View Item |
| ⊕ Brill seller very recommended | Buyer: janandchris416 ( 367 ⭐ ) | Jun-15-09 09:42 |
| COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260407883020) | GBP 14.99 | View Item |
| ⊕ (⌐•.(⌐•.(⌐•., 100% Happy ! Thankyou A+++++++++++ .•'⌐).•'⌐).•'⌐) | Buyer: monday130557 ( 1124 ⭐ ) | Jun-14-09 00:43 |
| RARE LP. THE ASSEMBLED MULTITUDE "OVERTURE FROM TOMMY" (#260413436703) | GBP 0.99 | View Item |
| ⊕ *»ß~*»R*»Î~*»L*»L~*»Ì*»Ä~»Ñ*»T!!!! GrB seller A+++ Many thanks! | Buyer: monday130557 ( 1124 ⭐ ) | Jun-14-09 00:42 |
| TONY BLACKBURN MEETS MATT MONRO LP Pirate Radio item (#260410605473) | GBP 0.99 | View Item |
| ⊕ very satisfied, great service!! | Buyer: 1snappyron ( 25 ⭐ ) | Jun-12-09 07:36 |
| RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260401848448) | GBP 11.50 | View Item |
| ⊕ Fast and Easy Transaction | Buyer: panozgt1 ( 228 ⭐ ) | Jun-10-09 23:59 |
| COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260407883020) | GBP 14.99 | View Item |
| ⊕ Fast and Easy Transaction | Buyer: panozgt1 ( 228 ⭐ ) | Jun-10-09 23:58 |
| RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260409021476) | GBP 9.50 | View Item |
| ⊕ A +++++++++++++++ thanks | Buyer: i271 ( 167 ⭐ ) | Jun-10-09 15:46 |
| MIKE BATT "WAVES" LP MINT & UNPLAYED (#260416987996) | GBP 0.99 | View Item |

**3.9**

| | | |
|---|---|---|
| ⊕ great item!! | Buyer: alanb950 ( 1260 ★ ) | Jun-09-09 07:16 |
| ORIGINAL TV HITS OF THE SIXTIES LP. THE SAINT, PRISONER (#260416996146) | GBP 0.99 | View Item |
| ⊕ Many thanks, very friendly and helppful ebayer, pleasure to buy from :-) | Buyer: nancy_farmer ( 1372 ★ ) | Jun-08-09 09:04 |
| GREETINGS CARD CDs MAGAZINE BOOK DVD Rack Display Stand (#260400166285) | GBP 28.25 | View Item |
| ⊕ many thanks..................1st class ebayer | Seller: hoobrookfootball ( 774 ☆ ) | Jun-07-09 13:25 |
| -- (#270397502954) | -- | View Item |
| ⊕ fantastic sevice thanks | Buyer: jeloco38 ( 132 ☆ ) | Jun-06-09 16:04 |
| COBRA FERRARI WARS (SNAKE & STALLION) DOUBLE DVD. NEW. (#260418670160) | GBP 15.99 | View Item |
| ⊕ AAAAAAAAAA++++++ | Buyer: town2football ( 530 ☆ ) | Jun-06-09 07:17 |
| COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260412727585) | GBP 15.99 | View Item |
| ⊕ very good seller ++++++++++++++++++ | Buyer: danryan70 ( 78 ★ ) | Jun-06-09 04:55 |
| PAIR OF GENUINE BMW MINI, SILVER MIRROR CAPS / COVERS (#260417050979) | GBP 9.55 | View Item |
| ⊕ Excellent service! | Buyer: quepawn ( 91 ★ ) | Jun-05-09 12:50 |
| ROCKY BURNETTE LP. THE SON OF ROCK & ROLL. MINT COND. (#260413438264) | GBP 0.99 | View Item |
| ⊕ great service, received item by return post of payment, within 36hours. | Buyer: she427lby ( 14 ☆ ) | Jun-04-09 06:57 |
| COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260412727585) | GBP 15.99 | View Item |
| ⊖ This comment has been removed by eBay. Learn more. | Buyer: grlfid ( 118 ☆ ) | Jun-03-09 11:32 |
| ■ Reply by shithitfan (Jun-04-09 13:01): This comment has been removed by eBay. Learn more. RARE LP THE LATE GREAT BUDDY HOLLY VIRTUALLY MINT COND. (#260400258244) | GBP 16.00 | View Item |
| ⊖ This comment has been removed by eBay. Learn more. | Buyer: grlfid ( 118 ☆ ) | Jun-03-09 02:19 |
| ■ Reply by shithitfan (Jun-03-09 03:16): This comment has been removed by eBay. Learn more. THE BEACH BOYS PET SOUNDS LP. NEAR MINT CONDITION (#260400221712) | GBP 26.02 | View Item |
| ⊕ Fast ship! Item = mint & well packed! Friendly emails! You're a credit to eBay!! | Buyer: classic_race_cars ( 863 ☆ ) | Jun-02-09 23:40 |
| COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260412727585) | GBP 15.99 | View Item |
| ⊕ Very good seller!!! Thanks!!! | Buyer: draculafromrussia (private) | Jun-02-09 13:27 |
| THE BEST OF BILLY J KRAMER & THE DAKOTAS LP (#260398713885) | GBP 0.99 | View Item |
| ⊕ Good seller! Regards! | Buyer: draculafromrussia (private) | Jun-02-09 13:25 |
| THE BEACH BOYS 20 GOLDEN GREATS LP (#260398727834) | GBP 0.50 | View Item |
| ⊕ Good Buy, Fast Dly, Godd E'Bayer | Buyer: pdroughton1 ( 109 ☆ ) | Jun-02-09 08:57 |
| OFFICIAL & RARE BRITISH AIRWAYS CONCORDE BROCHURE (#260413430110) | GBP 1.04 | View Item |
| ⊕ merci bonne transaction | Buyer: jeanphillipe8325 ( 462 ☆ ) | Jun-01-09 14:43 |
| RARE THE US T-BONES LP. NO MATTER WHAT SHAPE (#260398720923) | GBP 0.99 | View Item |
| ⊕ Fast delivery.Product as described. Excellent seller. | Buyer: lubadar ( 721 ☆ ) | Jun-01-09 11:05 |
| GEN. GARMIN Nüvi CHARGE CHARGING LEAD 610 650 660 670 (#260410346158) | GBP 0.99 | View Item |
| ⊕ Great - item arrived in good time and as described | Buyer: elwigleeno ( 19 ☆ ) | Jun-01-09 00:43 |
| RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260413407059) | GBP 11.50 | View Item |
| ⊕ Quick payment, appreciate the business, A-1 buyer, thank you | Seller: peggrecords ( 4791 ★ ) | May-31-09 11:21 |
| -- (#370195474306) | -- | View Item |
| ⊕ Thank you | Seller: terry9601 ( 622 ☆ ) | May-31-09 11:06 |

**3.10**

| | | | |
|---|---|---|---|
| | -- (#380124351205) | -- | View Item |
| ⊕ | Perfect!! Highly recommanded! A+++ | Buyer: ll3 ( 758 ☆ ) | May-31-09 06:10 |
| | COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260412727585) | GBP 15.99 | View Item |
| ⊕ | great thanks | Buyer: beachboy43 ( 164 ☆ ) | May-30-09 13:30 |
| | JOURNEY THROUGH THE 60's LP, PIRATE RADIO VERONICA ITEM (#260410602852) | GBP 0.99 | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#380112798756) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#380114826675) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#260379180075) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#260392524983) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#260392519126) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#260387086945) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#380116263382) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#260393602775) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#260392938429) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#380116696521) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ☆ ) | May-30-09 05:04 |
| | -- (#380116423221) | -- | View Item |
| ⊕ | Excellent Buyer | Seller: liztaylor3112 ( 95 ★ ) | May-30-09 00:03 |
| | -- (#250428331043) | -- | View Item |
| ⊕ | Fast receipt,great communication, recommended seller.Thankyou so much A 1. | Buyer: ameg555 ( 203 ☆ ) | May-29-09 16:18 |
| | WiFi AE Accoustic Energy INTERNET WI FI RADIO Boxed (#260404038508) | GBP 46.00 | View Item |
| ⊕ | Item as described. Good communications. Very pleased. | Buyer: normsduckpond ( 216 ☆ ) | May-28-09 13:41 |
| | COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260412727585) | GBP 15.99 | View Item |
| ⊕ | Item as described. Good communications. Recommended | Buyer: normsduckpond ( 218 ☆ ) | May-28-09 13:38 |
| | RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260413407059) | GBP 11.50 | View Item |
| ⊕ | Received in the next day! What more could you want......excelent! | Buyer: johnsons-essex ( 6 ) | May-28-09 13:21 |
| | COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260407883020) | GBP 14.99 | View Item |
| ⊕ | All 100% | Buyer: cdmbird ( 453 ☆ ) | May-28-09 08:51 |
| | NEW NUVI LEATHER CASE FOR 610, 650, 660, 670, SAT NAV. (#260404117713) | GBP 9.59 | View Item |

3.11

| | | | |
|---|---|---|---|
| ⊕ | Excellent transaction!!!!!!!!!!!<br>EX. RARE MOOD MOSAIC VINYL LP WITH MARK WIRTZ LADYBIRDS (#260404839819) | Buyer: dicke2 ( 4955 ⭐ )<br>GBP 24.86 | May-27-09 11:59<br>View Item |
| ⊕ | next day delivery. can't get faster than that. excelent.<br>RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE.<br>(#260413407059) | Buyer: pjbrooksbank ( 293 ☆ )<br>GBP 11.50 | May-27-09 08:20<br>View Item |
| ⊕ | A simple and rewarding eBay transaction - Many Thanks<br>10 YEARS OF OFFSHORE RADIO LP PIRATE JINGLES, AIRCHECKS (#260400336748) | Buyer: mike_shl ( 263 ☆ )<br>GBP 8.27 | May-27-09 01:51<br>View Item |
| ⊕ | good transaction, great e-bayer, would recommend and hope to deal with you again<br>TOMTOM 940 LIVE WITH EUROPE & USA MAPS & REMOTE CONTROL<br>(#260409961999) | Buyer: mrshar78 ( 52 ⭐ )<br>GBP 266.06 | May-26-09 00:47<br>View Item |
| ⊕ | Fast shipping; everything`s fine!<br>THE BYRDS. RARE GERMAN 60's LP. YOUNGER THAN YESTERDAY (#260404811005) | Buyer: rockandi ( 1221 ⭐ )<br>GBP 2.50 | May-25-09 11:07<br>View Item |
| ⊕ | ace<br>-- (#170325822269) | Seller: riseupandkill ( 1447 ⭐ )<br>-- | May-24-09 15:12<br>View Item |
| ⊕ | Fast payment Excellent customer Thanks +++++++++++++++++<br>-- (#270378753579) | Seller: jwilsonmail ( 3221 ⭐ )<br>-- | May-24-09 06:32<br>View Item |
| ⊕ | Item received very quickly, Thankyou very much.<br>RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE.<br>(#260413407059) | Buyer: trade-away ( 215 ☆ )<br>GBP 11.50 | May-22-09 03:55<br>View Item |
| ⊕ | oke +++++++++++<br>GET TOGETHER WITH ANDY WILLIAMS 1969 LP SWEET CAROLINE (#260404667187) | Buyer: leoha12345 ( 627 ☆ )<br>GBP 0.99 | May-21-09 23:43<br>View Item |
| ⊕ | Good buy .Fast delivery.Cheers.<br>RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE.<br>(#260407616975) | Buyer: leigh3707 ( 45 ☆ )<br>GBP 11.50 | May-21-09 11:08<br>View Item |
| ⊕ | as listed<br>COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260412727585) | Buyer: uschnluk1 ( 102 ☆ )<br>GBP 15.99 | May-21-09 03:26<br>View Item |
| ⊕ | All OK thanks<br>COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260407883020) | Buyer: b-j-bishop ( 51 ⭐ )<br>GBP 14.99 | May-20-09 14:28<br>View Item |
| ⊕ | fantastic ebayer, fast payment, thanks. A++++<br>-- (#310141398039) | Seller: joflax26 ( 1353 ⭐ )<br>-- | May-19-09 13:18<br>View Item |
| ⊕ | Excellent service and delivery. Many thanks<br>COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260407883020) | Buyer: peterol1 ( 116 ☆ )<br>GBP 14.99 | May-19-09 12:56<br>View Item |
| ⊕ | mega quick service well packed & free p &plll*****AAA<br>RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE.<br>(#260407616975) | Buyer: europagal ( 47 ☆ )<br>GBP 11.50 | May-19-09 09:21<br>View Item |
| ⊕ | Thanks for your order!<br>-- (#250404907559) | Seller: mainstljukebox ( 76767 🌠 )<br>-- | May-19-09 07:40<br>View Item |
| ⊕ | Excellent seller. He even delivered the goods to my door!<br>PURE DIGITAL EVOKE 2 FM/DAB Radio. UNUSED CONDITION (#260404073631) | Buyer: cdarcyl2007 ( 19 ☆ )<br>GBP 67.00 | May-19-09 01:31<br>View Item |
| ⊕ | Great double album. Thanks very much. A1<br>DUTCH RADIO VERONICA LP 100 JINGLES + PIRATE HITS TOO (#260400305605) | Buyer: jackdawspick ( 484 ☆ )<br>GBP 2.70 | May-18-09 12:42<br>View Item |
| ⊕ | + Great Communication + Smooth Transaction + Many Thanks + | Buyer: redzebralove ( 504 ☆ ) | May-18-09 11:45 |

| | | | |
|---|---|---|---|
| | THULE POLAR 100 ROOF RACK BOX. NEAR NEW COND. WITH KEYS (#260404236976) | GBP 106.00 | View Item |
| ⊕ | Thanks for the charger, arrived safely and quickly. No problems, recommended. | Buyer: wildspw ( 1077 ⭐ ) | May-16-09 06:26 |
| | GENUINE GARMIN Nüvi CHARGE & USB LEADS 610 650, 660 670 (#260404135967) | GBP 3.80 | View Item |
| ⊕ | top ebayer !!!!!!!!!!! | Buyer: darrensimmons33 ( 110 ☆ ) | May-16-09 05:13 |
| | Pair MINI COOPER CLUBMAN SIDE REPEATER INDICATOR LIGHTS (#260404092747) | GBP 3.53 | View Item |
| ⊕ | Prompt delivery of as described item from trustedseller. | Buyer: goodbyers ( 1663 ⭐ ) | May-15-09 08:27 |
| | GARMIN Nüvi Windscreen Suction Mount 610 650, 660 & 670 (#260404127702) | GBP 19.00 | View Item |
| ⊕ | Friendly and helpful, thanks! | Buyer: mapman154 ( 101 ⭐ ) | May-15-09 05:39 |
| | PORTABLE 2-STROKE GENERATOR 950 USED ONCE. CAMP CARAVAN (#260402044942) | GBP 41.00 | View Item |
| ⊕ | PROMPT PAYMENT THANKS | Seller: gravytrain1989 ( 15836 ☆ ) | May-15-09 04:34 |
| | -- (#330098366619) | -- | View Item |
| ⊕ | exactly as described - excellent transaction and well packaged - recommended | Buyer: bentshed ( 106 ☆ ) | May-15-09 01:36 |
| | SONY CYBER-SHOT DSC-H7 DIGITAL CAMERA. MINT CONDITION (#260401912114) | GBP 142.01 | View Item |
| ⊕ | Thanks for your prompt payment.It's on it's way!! TORRE RECORDS | Seller: torre_records ( 49 ☆ ) | May-14-09 11:59 |
| | -- (#180354624469) | -- | View Item |
| ⊕ | Great item. Excellent communication.Thanks soo much.Any time again+++++ | Buyer: kcltheuntouchables ( 2152 ⭐ ) | May-12-09 13:07 |
| | COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260402046288) | GBP 14.99 | View Item |
| ⊕ | More than exclusive item+service.Fast shipping.Thanks a lot++++++ | Buyer: kcltheuntouchables ( 2152 ⭐ ) | May-12-09 13:07 |
| | RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260401848448) | GBP 11.50 | View Item |
| ⊕ | good buyer | Seller: xfader.2007 ( 80 ⭐ ) | May-12-09 11:43 |
| | -- (#190303601009) | -- | View Item |
| ⊕ | SUPAR FAST PAYER! A************* WELCOME BACK ANYTIME!!! | Seller: blade0910 ( 2211 ⭐ ) | May-11-09 07:20 |
| | -- (#310136080550) | -- | View Item |
| ⊕ | Ultra FAST A very professional seller indeed.A pleasure to do business with.AAA+ | Buyer: neroblack68 ( 168 ☆ ) | May-11-09 03:04 |
| | COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260396199349) | GBP 14.99 | View Item |
| ⊕ | EXCELLENT CUSTOMER A1+++PLEASED YOU LIKED THE RECORD ++ MANY THANKS +BEST WISHES | Seller: vinylarm99 ( 3921 ⭐ ) | May-08-09 04:13 |
| | -- (#260398511992) | -- | View Item |
| ⊕ | posted promptly well wrapped smooth transaction!!AAA++++e bayer thanx | Buyer: mysticalme123 ( 90 ⭐ ) | May-08-09 03:03 |
| | OFFICIAL & RARE BRITISH AIRWAYS CONCORDE BROCHURE (#260400424428) | GBP 6.69 | View Item |
| ⊕ | excellent response and transfer of money | Seller: b_sim_rec ( 2132 ⭐ ) | May-07-09 09:23 |
| | -- (#350189158048) | -- | View Item |
| ⊕ | Super fast payment for item. 5* | Seller: dunkeld0607 ( 625 ☆ ) | May-05-09 04:50 |
| | -- (#110382222252) | -- | View Item |
| ⊕ | Good Communication. Very honest ebayer. No problem in recommending this seller | Buyer: chriswfc ( 958 ☆ ) | Apr-30-09 02:42 |
| | MIKE BATT & FRIENDS TARROT SUITE MINT UNPLAYED LP + CD (#260362844143) | GBP 5.00 | View Item |
| ⊕ | alles bestens TOPP | Buyer: oursjo ( 73 ⭐ ) | Apr-30-09 00:13 |
| | RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260390454779) | GBP 11.50 | View Item |

3.13

| ⊕ | Relibale buyer Thanks | Seller: mammy-two-shoes ( 4818 ⭐ ) | Apr-29-09 08:17 |
|---|---|---|---|
| | -- (#250408723454) | -- | View Item |
| ⊕ | Relibale buyer Thanks | Seller: mammy-two-shoes ( 4818 ⭐ ) | Apr-29-09 08:17 |
| | -- (#250401366152) | -- | View Item |
| ⊕ | Relibale buyer Thanks | Seller: mammy-two-shoes ( 4818 ⭐ ) | Apr-29-09 08:17 |
| | -- (#250401364997) | -- | View Item |
| ⊕ | Relibale buyer Thanks | Seller: mammy-two-shoes ( 4818 ⭐ ) | Apr-29-09 08:17 |
| | -- (#250400826040) | -- | View Item |
| ⊕ | Relibale buyer Thanks | Seller: mammy-two-shoes ( 4818 ⭐ ) | Apr-29-09 08:17 |
| | -- (#250400095988) | -- | View Item |
| ⊕ | Quick return, well packed and exactly as described, thanks. | Buyer: druid0250 ( 780 ⭐ ) | Apr-28-09 09:07 |
| | CHRIS RAINBOW EXC. LP LOOKING OVER MY SHOULDER + CD (#260380120527) | GBP 4.50 | View Item |
| ⊕ | blimey,what a great seller... | Buyer: glipmo ( 677 ⭐ ) | Apr-26-09 17:29 |
| | BUTTERSCOTCH LP. DON'T YOU KNOW, SURPRISE SURPRISE + CD (#260366459391) | GBP 7.10 | View Item |
| ⊕ | Prompt payment appreciated. Thanks | Seller: lavazzablack ( 722 ⭐ ) | Apr-26-09 08:01 |
| | -- (#140314593448) | -- | View Item |
| ⊕ | Thank you for buying from Barneysmusic - your valued custom has been appreciated | Seller: barneysmusic ( 70125 ⭐ ) | Apr-26-09 02:56 |
| | -- (#270379054824) | -- | View Item |
| ⊕ | excellent ebayer thank you | Seller: marsh8station ( 993 ⭐ ) | Apr-25-09 08:10 |
| | -- (#160329556031) | -- | View Item |
| ⊕ | good buyer thankyou | Seller: stowmum77 ( 248 ⭐ ) | Apr-25-09 01:13 |
| | -- (#170322302730) | -- | View Item |
| ⊕ | Good buyer, prompt payment, valued customer, highly recommended. | Seller: icklegemsuk ( 49 ⭐ ) | Apr-24-09 13:50 |
| | -- (#290310479580) | -- | View Item |
| ⊕ | Simply The Best ! Thanks | Seller: lawofboca ( 18446 ⭐ ) | Apr-23-09 14:33 |
| | -- (#380116267391) | -- | View Item |
| ⊕ | sound | Buyer: bobmoston ( 46 ⭐ ) | Apr-23-09 03:16 |
| | BEACH BOYS GOOD VIBRATIONS DUTCH PRESSING. EXC. LP + CD (#260366459910) | GBP 1.50 | View Item |
| ⊕ | great | Seller: buyyourselfstuff_123 ( 2233 ⭐ ) | Apr-22-09 03:13 |
| | -- (#320354679081) | -- | View Item |
| ⊕ | Good ebayer fast payment A+++ | Seller: chefmadcollector ( 3750 ⭐ ) | Apr-20-09 13:40 |
| | -- (#360145909379) | -- | View Item |
| ⊕ | 1st class - very quick payment - Recommended A++++++ | Seller: dmarkv6 ( 2716 ⭐ ) | Apr-20-09 13:24 |
| | -- (#350190030493) | -- | View Item |
| ⊕ | Fast payment thank you | Seller: everlymike1969 ( 8282 ⭐ ) | Apr-20-09 12:23 |
| | -- (#370186885366) | -- | View Item |
| ⊕ | packaging broken by shipping....but disc fine | Buyer: chocomini33 ( 42 ⭐ ) | Apr-20-09 02:39 |
| | COBRA FERRARI WARS DOUBLE DVD. NEW, SEALED. (#260385455137) | GBP 14.99 | View Item |
| ⊕ | Good buyer, prompt payment, valued customer, highly recommended. | | Apr-20-09 02:06 |

**3.14**

| | | Seller: whoru08 ( 1538 ★ ) | |
|---|---|---|---|
| | -- (#370185665921) | -- | View Item |
| ⊕ | A friendly atmosphere and fast payment. Everything fine. Many thanks. | Seller: oldvan ( 19751 ☆ ) | Apr-20-09 01:53 |
| | -- (#220394275805) | -- | View Item |
| ⊕ | A bargain. Many thanks Jim. | Buyer: chas226 ( 365 ☆ ) | Apr-20-09 00:30 |
| | STEPHEN BISHOP MINT LP; RED CAB TO MANHATTAN + BONUS CD (#260380302693) | GBP 0.99 | View Item |
| ⊕ | Excellant | Buyer: mr.chris999 ( 52 ★ ) | Apr-17-09 21:32 |
| | RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260377885179) | GBP 11.50 | View Item |
| ⊕ | fast easy transaction | Buyer: quickro ( 198 ☆ ) | Apr-17-09 00:44 |
| | RENDEZVOUS NEW DVD. NOTORIOUS FERRARI PARIS CAR CHASE. (#260390454779) | GBP 11.50 | View Item |
| ⊕ | Thank you for an easy, pleasant transaction.Excellent buyer. aprmedia.com | Seller: aprmedia ( 14180 ☆ ) | Apr-16-09 05:00 |
| | -- (#250347405062) | -- | View Item |
| | ⊡ Detailed item information is not available for the following items because the Feedback is over 90 days old. | | |
| ⊕ | very good seller!!! | Buyer: obl1518 ( 21 ☆ ) | Apr-09-09 09:17 |
| | -- (#260380151961) | -- | |
| ⊕ | Many thanks A+ buyer | Seller: jazengi ( 730 ☆ ) | Apr-08-09 09:28 |
| | -- | -- | Private |
| ⊕ | lightening delivery, definately use again! A+ | Buyer: adamf866 ( 120 ☆ ) | Apr-05-09 04:17 |
| | -- (#260383688712) | -- | |
| ⊕ | many thanks,marvelous record,great transaction and very fast service,recommended | Buyer: amidl57 ( 1583 ★ ) | Apr-02-09 06:52 |
| | -- (#260380203613) | -- | |
| ⊕ | Best Ebayer in workldwide | Buyer: jongsick123 ( 87 ★ ) | Apr-01-09 09:21 |
| | -- (#260369879479) | -- | |
| ⊕ | Quick payment, many thanks great e bayer | Seller: monkeyr92 ( 239 ☆ ) | Apr-01-09 00:00 |
| | -- (#300300596921) | -- | |
| ⊕ | .•`¨`•.Star buyer HIGHLY Recommended Thanks.•`¨`•. | Seller: lzzie37 ( 2590 ★ ) | Mar-31-09 07:14 |
| | -- (#390038497553) | -- | |
| ⊕ | Speedy delivery, record plays well and is exactly as described - A1 ebayer! | Buyer: bob5346 ( 257 ☆ ) | Mar-31-09 05:28 |
| | -- (#260380096828) | -- | |
| ⊕ | Excellent E Bayer, prompt payment, delighted you are pleased.Thankyou. | Seller: lionattack5 ( 183 ☆ ) | Mar-30-09 15:38 |
| | -- (#190293911535) | -- | |
| ⊕ | 5 Star eBayer, Highly Recommended! | Seller: badlandsuk ( 190290 ☆ ) | Mar-30-09 14:19 |
| | -- (#310130845654) | -- | |
| ⊕ | 1st Class Ebayer. Welcome back any time from all at Tramiki Supplies of Liskeard | Seller: rikvendman ( 19565 ☆ ) | Mar-30-09 12:48 |
| | -- (#360097841671) | -- | |
| ⊕ | Thank you for an easy, pleasant transaction. Excellent buyer. A++++++. | Seller: twoladz ( 97467 ☆ ) | Mar-30-09 08:57 |
| | -- (#310129555690) | -- | |
| ⊕ | Product Received In Excellent Condition,,,Thank You!!! :):) | Buyer: celticduo2 ( 174 ☆ ) | Mar-28-09 10:52 |

3.15

-- (#260366459630)    --

Fast payment and pleasant transaction. Recommended Ebayer A++++++    Seller: clearitsolutionsltd ( 853 ☆ )    Mar-27-09 08:04

-- (#160321278991)    --

Great transaction. Very happy.    Buyer: kellyd297 ( 296 ☆ )    Mar-27-09 04:06

-- (#260372306146)    --

Great sellers. +++++++++++++++++++++    Buyer: perob74 ( 46 ☆ )    Mar-26-09 08:48

-- (#260363918317)    --

Great sellers. +++++++++++++++++++++    Buyer: perob74 ( 46 ☆ )    Mar-26-09 08:47

-- (#260361236166)    --

record in very good condition, good and fast communication!! Great and Thanks!    Buyer: obl1518 ( 21 ☆ )    Mar-25-09 11:58

-- (#260372304832)    --

Quick delivery, good price. eBay perfection AAAAA+++++    Buyer: aran_shawcross ( 827 ☆ )    Mar-25-09 11:40

-- (#260368289796)    --

Quick delivery, nice price. AAAAA+++++    Buyer: aran_shawcross ( 827 ☆ )    Mar-25-09 11:40

-- (#260366515034)    --

Good Ebayer    Seller: focus_jay ( 152 ☆ )    Mar-25-09 03:47

-- (#170310891277)    --

Great A+++ transaction! Speed shipping, strong pack, true description! Perfect!    Buyer: rocketduck66 ( 567 ☆ )    Mar-24-09 08:36

-- (#260366269557)    --

Quick and easy transaction, great communication-many thanks :o)    Seller: r3b3kk431 ( 37 ☆ )    Mar-21-09 12:38

-- (#190293354784)    --

All Good. I'll buy again. Thank you.    Buyer: tool_hog ( 1937 ☆ )    Mar-20-09 18:43

-- (#260360768728)    --

Thank you for an easy, pleasant transaction. Excellent buyer. A++++++.    Seller: kelt61 ( 493 ☆ )    Mar-20-09 13:05

--    Private

A1 BUYER    Seller: tamla-mo ( 561 ☆ )    Mar-19-09 19:04
        No longer a registered user

--    Private

A GREAT EBAYER...IOO%!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!    Seller: malnet123 ( 1371 ★ )    Mar-19-09 10:39

-- (#320343689307)    --

Awesome service and superfast delivery...thank you...10/10    Buyer: lesant2001 ( 402 ☆ )    Mar-18-09 13:00

-- (#260366424986)    --

Thank you    Buyer: eyeofhorus3 ( 1558 ★ )    Mar-18-09 08:41

-- (#260369073503)    --

easy transaction, many thanks    Buyer: urbanfairyprincess ( 94 ☆ )    Mar-18-09 03:14

-- (#260371722689)    --

Fastest payment....Thank you....Come back soon!!    Seller: the-welsh-ones ( 3480 ★ )    Mar-17-09 16:36

-- (#310128068808)    --

Hope to deal with you again. Thank you.    Seller: tabmobiles ( 15986 ☆ )    Mar-17-09 08:39

-- (#390032922206)    --

**3.16**

| | | |
|---|---|---|
| ⊕ Good seller | Buyer: vicalju ( 13 ☆ ) | Mar-17-09 08:07 |
| -- (#260366460163) | -- | |
| ⊕ Nice item,; Helpful seller | Buyer: iand932 ( 345 ☆ ) | Mar-14-09 15:19 |
| -- (#260366458764) | -- | |
| ⊕ another excellent transaction well packaged and a speedy delivery A++++++++= | Buyer: gordon9221 ( 33 ☆ ) | Mar-05-09 10:55 |
| -- (#260363352334) | | |
| ⊕ GOOD FREINDLY SERVICE. GREAT EBAYER. TRUST THIS PERSON . A1 | Buyer: isobelbigl ( 105 ☆ ) | Mar-05-09 09:49 |
| -- (#260366461209) | | |
| ⊕ Excellent seller.Everything 1st class and very quick delivery of item. | Buyer: owzatthen ( 437 ☆ ) | Mar-03-09 10:56 |
| -- (#260356718770) | -- | |
| ⊕ great seller thanks from french+++ | Buyer: thierryrugby92 ( 377 ☆ ) | Mar-02-09 04:49 |
| -- (#260358284990) | -- | |
| ⊕ package arrived in good time, though a little dog-eared All else as it should be | Buyer: mysterymre ( 235 ☆ ) | Mar-01-09 12:00 |
| ▸ Reply by shithitfan (Mar-01-09 16:40): Royal Mail at fault, I fear. It left here in a new cardboard mailing envelope! -- (#260356733036) | -- | |
| ⊕ top bit of kit, many thanks | Buyer: pigsbp ( 76 ★ ) | Feb-28-09 07:05 |
| -- (#260362235348) | -- | |
| ⊕ Hope to deal with you again. Thank you. | Seller: penny4thesky (private) No longer a registered user | Feb-27-09 09:55 |
| -- (#250380309066) | | |
| ⊕ Thank You! | Buyer: dd2506 ( 75 ★ ) | Feb-27-09 08:42 |
| -- (#260355509615) | -- | |
| ⊕ very good transaction ecellent ebayer will use again | Buyer: gordon9221 ( 33 ☆ ) | Feb-27-09 07:25 |
| -- (#260359187083) | -- | |
| ⊕ exactly as advertise,quick delivery and straightfoward transaction many thanks -- (#260360282665) | Buyer: no42ref ( 5 ) | Feb-27-09 06:02 |
| ⊕ Hope to deal with you again. Thank you. | Seller: ace_computertech ( 56043 ☆ ) | Feb-27-09 02:04 |
| -- (#170304099799) | -- | |
| ⊕ Thank you for an easy, pleasant transaction. Excellent buyer. A++++++. | Seller: memoryotm ( 23976 ☆ ) | Feb-27-09 01:54 |
| -- (#220355927803) | -- | |
| ⊕ verrygood no probs with this seller | Buyer: petersparkles1950 ( 30 ☆ ) | Feb-27-09 00:57 |
| -- (#260361308944) | -- | |
| ⊕ fast payment many thanks A+++++++++++++++ | Seller: kentishman ( 5082 ☆ ) | Feb-26-09 13:49 |
| -- (#220350625112) | -- | |
| ⊕ Quick and well packed Thks | Buyer: cosmicrays ( 161 ☆ ) | Feb-25-09 17:14 |
| -- (#260359174238) | -- | |
| ⊕ Excellent service.Many thanks. | Buyer: penguin2008.-2008 ( 80 ★ ) | Feb-25-09 15:02 |
| -- (#260359191725) | -- | |
| ⊕ fast payment - smooth transaction - A 1 +++++++++++++++++++++++++++++++++++++++++ | Seller: boogaloo161 ( 2964 ★ ) | Feb-25-09 10:27 |
| -- (#360131587663) | | |

**3.17**

same again thank you pat

-- (#260361320189)

Buyer: fisher6450 ( 606 ☆ )

Feb-25-09 08:02

--

hi very nice thank you pat

-- (#260358333073)

Buyer: fisher6450 ( 606 ☆ )

Feb-25-09 08:00

--

Excellent, a straightforward transaction with no problems, highly recommended.

-- (#260356784508)

Buyer: vicesquad100 ( 490 ☆ )

Feb-25-09 05:31

--

hi there, good item, good postage, all the best ian..........

-- (#260359244239)

Buyer: ian2057 ( 1212 ★ )

Feb-24-09 14:24

--

EXCELLENT AAAAAAAAAAAXXXXXXXX

-- (#380098710148)

Seller: wroe12949 ( 4272 ★ )

Feb-23-09 03:39

--

fantastic service, ultra fast delivery++++++

-- (#260360768728)

Buyer: redmga1956 ( 113 ☆ )

Feb-21-09 10:06

--

Fast delivery. As described, thanks.

-- (#260360768728)

Buyer: cadgewith ( 147 ☆ )

Feb-20-09 10:36

--

fast payment thankyou for the business

■ Follow-up by thialajaye13 (Feb-20-09 16:36):
   careful leaves lies on feedback! shame after such a quick payer

-- (#200308290419)

Seller: thialajaye13 ( 121 ☆ )

Feb-18-09 05:57

--

fast payment thankyou for the business

■ Follow-up by thialajaye13 (Feb-20-09 16:35):
   Careful though tells lies!

-- (#200308271783)

Seller: thialajaye13 ( 121 ☆ )

Feb-18-09 05:57

--

5 Star eBayer, Highly Recommended!

-- (#250362171569)

Seller: badlandsuk ( 190290 ★ )

Feb-14-09 11:53

--

good product. quick delivery. thanks.

-- (#260355509615)

Buyer: candleshade ( 131 ☆ )

Feb-14-09 09:21

--

Fast payment - thank you. Smooth transaction. Great eBayer.

-- (#370149762682)

Seller: larry123green ( 640 ☆ )

Feb-12-09 15:27

--

Quick response and fast payment. Perfect! THANKS!! aprmedia.com

-- (#290293325872)

Seller: aprmedia ( 14180 ☆ )

Feb-06-09 04:23

--

excellent instant payment

-- (#120218996234)

Seller: goeff1234 ( 33615 ☆ )

Feb-06-09 04:20

--

Super fast payment, top e-bayer! Thanks

-- (#220349970509)

Seller: blake2354 ( 231 ☆ )

Feb-03-09 13:57

--

Great Ebayer, a pleasure to deal with.

-- (#220337934325)

Seller: rolyjolr ( 1374 ★ )

Feb-02-09 11:12

--

Excellent ebayer. Many thanks

-- (#190272586778)

Seller: fudgemoo ( 3187 ★ )

Feb-01-09 07:59

--

Very quick delivery. May buy another copy!

-- (#260350628867)

Buyer: rosie160_0 ( 47 ☆ )

Feb-01-09 01:30

--

Thank You

Buyer: bennelroy19 ( 263 ☆ )

Jan-31-09 07:38

3.18

-- (#260350628867)                                                                      --

⊕ ultra fast payment - thanks very much                        Seller: rennis30 ( 128 ☆ )         Jan-30-09 07:23

-- (#330302826084)                                                                      --

⊕ Good buyer, prompt payment, valued customer, highly recommended.   Seller: chrisma1005 ( 7275 ☆ )   Jan-29-09 03:26

-- (#370145850839)                                                                      --

⊕ TORNADO PAYER                                                Seller: markp1667 ( 1564 ★ )      Jan-27-09 11:38

-- (#180323111619)                                                                      --

Items per page: 25 | 50 | 100 | **200**

Page 1 of 3 ·                          Previous   **1** | 2 | 3   Next

Go to page    [ Go ]

**What would you like to do next?**

- Leave Feedback
- Reply to Feedback received
- Follow up to Feedback left

Feedback Forum | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values

About eBay | Announcements | Security Center | Resolution Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

**3.19**



# spirit level film

**All Films    Motoring    Ambient DVD    Special Offers    In Production    Trailer Trash**

SEARCH [        ] GO

Motoring

**Your Cart**

🛒 Cart is empty

View cart
Checkout
Orders history

Sort by:    Product    Price ▲    **Default**



### BULLITT // GRAND PRIX Special edition Double DVD sets

A knockout double bill from those very nice people at Warner Bros with a knockout price. These two double DVD special editions are *the* definitive versions to own - bonus features and extras galore... read more

Please note - these DVDs are Region 2, PAL (Our friends in the US etc. will need multi-region players, or PC based player. The good news is PAL quality's way better, and of course, you're not paying VAT so your price is ridiculously good)

Our price: £8.69 (exc VAT), £9.99 inc VAT (UK and EU)

more info    Quantity [ 1 ]    **Add To Cart**

**Authentication**

Username
[                    ]
Password
[                    ]

**Log in**  **Register**

Recover password

If you have disabled Javascript in your browser click here

**Gift Certificates**

Gift certificates

**Sign Up**

Register for news and offers

[your email] GO



### C'était un Rendezvous by Claude Lelouch

"Makes Bullitt look like a cartoon" **Jeremy Clarkson**. The 1977 cult classic is finally available on DVD, stunningly restored and re-mastered this is the film that used to trade hands at $50 for a poor quality pirate VHS...... read more
**Trailer**

DVD is all regions compatible

Our price: £13.03 (exc VAT), £14.98 inc VAT (UK and EU)

more info    Quantity [ 1 ]    **Add To Cart**

### GT RACER : THE SERIES - Double DVD set

"The feel and style of John Frankenheimer's 1971 Grand Prix with wa-a-ay more beautiful cars and you're halfway there. This is a simply stunning series."

"Has the one essential ingredient that Formula One never quite manages to convey - the sheer joyous delight of driving exotic machinery extremely fast against a bunch of like-minded lunatics."... read more
**Trailer**

Directed by Alexander Davidis, DVD is...

Our price: £21.73 (exc VAT), £24.99 inc VAT (UK and EU)

Quantity [ 1 ]    **Add To Cart**

**3.21**


more info

### Shaken and Stirred

This is the extremely rare "pilot" episode that gave birth to the outstanding "GT Racer" series as seen on UKTV / Dave.... read more
**Trailer**

Directed by Alexander Davidis,
DVD is PAL & NTSC // All regions compatible

Our price: £8.69 (exc VAT), £9.99 inc VAT (UK and EU)
Quantity  [ 1 ]    **Add To Cart**

### The Snake and the Stallion - Double DVD set

The all-time classic battle (both on and off the track !) between Enzo Ferrari and Carroll Shelby as you've never seen it before. Reveals the true story of how Shelby, the Cobra and a bunch of Southern Californian hot-rodders took on the might of Enzo Ferrari and his iconic GTO. A must for Cobra and Ferrari fans alike..... read more
**Trailer**

DVD is PAL & NTSC compatible

Our price: £21.73 (exc VAT), £24.99 inc VAT (UK and EU)
Quantity  [ 1 ]    **Add To Cart**

more info

Copyright © 2003-2009 Spirit Level Film

3.22

7/13/2009 8:29 AM

# spirit level film

**All Films   Motoring   Ambient DVD   Special Offers   In Production   Trailer Trash**

SEARCH ____ GO

Motoring

**Your Cart**
🛒 Cart is empty

View cart
Checkout
Orders history

Sort by:   Product   Price ▲   Default



more info

### BULLITT // GRAND PRIX Special edition Double DVD sets

A knockout double bill from those very nice people at Warner Bros with a knockout price. These two double DVD special editions are *the* definitive versions to own - bonus features and extras galore... read more

Please note - these DVDs are Region 2, PAL (Our friends in the US etc. will need multi-region players, or PC based player. The good news is PAL quality's way better, and of course, you're not paying VAT so your price is ridiculously good)

Our price: £8.69 (exc VAT), £9.99 inc VAT (UK and EU)

Quantity   [ 1 ]   **Add To Cart**

**Authentication**
Username
[_____]
Password
[_____]

**Log in**  **Register**

Recover password

If you have disabled Javascript in your browser click here



more info

### C'était un Rendezvous by Claude Lelouch

"Makes Bullitt look like a cartoon"  **Jeremy Clarkson**. The 1977 cult classic is finally available on DVD, stunningly restored and re-mastered this is the film that used to trade hands at $50 for a poor quality pirate VHS...... read more

**Trailer**

DVD is all regions compatible

Our price: £13.03 (exc VAT), £14.98 inc VAT (UK and EU)

Quantity   [ 1 ]   **Add To Cart**

**Gift Certificates**
Gift certificates

**Sign Up**
Register for news and offers

[your email]   GO

### GT RACER : THE SERIES - Double DVD set

"The feel and style of John Frankenheimer's 1971 Grand Prix with wa-a-ay more beautiful cars and you're halfway there. This is a simply stunning series."

"Has the one essential ingredient that Formula One never quite manages to convey - the sheer joyous delight of driving exotic machinery extremely fast against a bunch of like-minded lunatics."... read more

**Trailer**

Directed by Alexander Davidis, DVD is...

Our price: £21.73 (exc VAT), £24.99 inc VAT (UK and EU)

Quantity   [ 1 ]   **Add To Cart**

3.23



more info

### Shaken and Stirred

This is the extremely rare "pilot" episode that gave birth to the outstanding "GT Racer" series as seen on UKTV / Dave.... read more
**Trailer**

Directed by Alexander Davidis,
DVD is PAL & NTSC // All regions compatible

Our price: £8.69 (exc VAT), £9.99 inc VAT (UK and EU)
Quantity [ 1 ]    **Add To Cart**

### The Snake and the Stallion - Double DVD set

The all-time classic battle (both on and off the track !) between Enzo Ferrari and Carroll Shelby as you've never seen it before. Reveals the true story of how Shelby, the Cobra and a bunch of Southern Californian hot-rodders took on the might of Enzo Ferrari and his iconic GTO. A must for Cobra and Ferrari fans alike..... read more
**Trailer**

DVD is PAL & NTSC compatible

Our price: £21.73 (exc VAT), £24.99 inc VAT (UK and EU)
Quantity [ 1 ]    **Add To Cart**

more info

Copyright © 2003-2009 Spirit Level Film

3.24