# EXHIBIT 4

Hello, michael l shoen. We have recommendations for you. (Not michael?) Amazon Kindle Now Only $299

michael's Amazon.com  |  Today's Deals  |  Gifts & Wish Lists  |  Gift Cards        Your Account  |  Help

Shop All Departments    Search    | All Departments ▼ |  cobra ferrari wars        Cart    Wish List

| Department | "cobra ferrari wars" |
|---|---|

**Any Department**
Books (6)
DVD (2)

Select Results from All Departments            Choose a Department  to enable sortir

**Shipping Option**
(What's this?)
**Any Shipping Option**
✓Prime Eligible
Free Super Saver
  Shipping

Looking for auto parts? Enter your year, make, and model to find your parts.

1.  **The Cobra-Ferrari Wars 1963-1965** by Michael L. Shoen, Bob Bondurant, and Paul Frere (**Hardcover** - May 1990)
   12 Used & new from $88.00
   ✰✰✰✰✰ (6)
   Books: See all 6 items

**Listmania!**



James Bond: List 51: A list
by Mara L. Ansfield ✉

Slot Car racing:the
essential books.: A list by
Chris Sellick ✉

⚐ Create a Listmania! list

**Search Listmania!**
🌐

Experience
Internet
powered
by light.

Get unbelievably fast
connection speeds
up to 20 Mbps.⁺

>> See how fast
you can go

⁺Available only in select areas

2.  **The Snake and the Stallion (previously titled The Cobra-Ferrari Wars)** (**DVD** - 2008)
   1 Used & new from $45.00
   DVD: See all 2 items

3.  **Just Call Me Carroll** by Phil Henny (**Hardcover** - 2004)
   3 Used & new from $49.00
   ✰✰✰✰✰ (1)
   Excerpt - Back Matter: "... Mon Royaume La Vitesse, 1961 Michael L. Shoen: The Cobra-Ferrari wars, 1988 W.D. ..."
   Surprise me! See a random page in this book.
   Books: See all 6 items

4. [No image available] **the Cobra Ferrari Wars ~** Carroll Shelby;Dan Gurney;Lee Iacocca;Enzo Ferrari;Bob Bondurant;Roy Salvadori;Jack Sears;Dave Friedman;David Piper;Sir John Whitmore;Peter Sutcliffe;Alan Mann;Pete Brock (**DVD** - Dec 18, 2004)
   1 Used & new from $35.00
   This item has been discontinued by the manufacturer.
   DVD: See all 2 items

5.  **The Cobra-Ferrari Wars 1963-1965 *SIGNED*** by Michael L. Shoen (**Hardcover** - 2005)
   2 Used & new from $100.00
   Books: See all 6 items

6. [No image available] **PETERSEN'S KIT CAR - THE SPECIALTY CAR MAGAZINE November, 1991 (Cars, Automobiles, New Cobras, Jackrabbit 170 HP VW Kit, The Cobra/Ferrari Wars)** by Steve Temple (**Paperback** - 1991)
   1 Used & new from $4.99
   Books: See all 6 items

7.  **Slot Car Racing: Tips, Tricks, & Track Plans** by Robert S. Schleicher (**Paperback** - May 21, 2005)
   Buy new: ~~$29.95~~ $22.76    30 Used & new from $19.72
   Get it by **Friday, Jul 10** if you order in the next **7 hours** and choose one-day shipping.
   Eligible for **FREE** Super Saver Shipping.
   ✰✰✰✰✰ (4)
   Excerpt - page 101: "... The Modelmaker 1/32-scale 289FIA Cobra One of the anomalies of racing in the 1960s is that the Cobra that spearheaded the Cobra-Ferrari wars has been largely ignored by real racing fans. ..."
   Surprise me! See a random page in this book.

**4.1**

Books: See all 6 items

8.        

**The Automobile in American History and Culture: A Reference Guide (American Popular Culture)** by Michael L. Berger (**Hardcover** - Jul 30, 2001)

Buy new: $138.95 **$111.16**    16 Used & new from $111.16

Get it by **Friday, Jul 10** if you order in the next **7 hours** and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

☆☆☆☆☆ (1)

Excerpt - page 289: "... Having lost its racing preeminence following World War II, the Ford Motor Company ... Mans over the previously dominant Ferraris. Michael L. Shoen's The Cobra-Ferrari Wars, 1963-1965 is an extensive look at what was perhaps ..."
Surprise me! See a random page in this book.

Books: See all 6 items

**SPONSORED LINKS** (What's this?)

**Ferrari Silicon Valley**
www.ferrarisiliconvalley.com    Browse our F430 Certified Pre-Owned Inventory | 888-997-0606

**Ferrari F430 Spider**
www.njferrarimaserati.com    **Ferrari** of Central Jersey Factory Authorized Dealer

**Used Ferraris**
www.AutoMart.com    Compare cars side by side and narrow your choices - Fast & Easy.

**Search Feedback**

Did you find what you were looking for?  [ Yes ]  [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

Ad feedback

Search powered by A9

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- See FREE shipping information.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password?
- Buy gift cards.
- Visit our Help department.

Your Recent History (What's this?)

**Recently Viewed Items**

the Cobra Ferrari Wars DVD ~ Carroll She...

The Cobra-Ferrari Wars 1963-1965 by

4.2



Amazon.co.uk: cobra ferrari wars

7/9/09 9:26 AM

Hello. Sign in to get personalised recommendations. New Customer? Start here. Find great savings in our Summer Sale

Your Amazon.co.uk    Deals of the Week    Gift Certificates    Gifts & Wish Lists    Your Account | Help

Search | All Departments ⇕ | cobra ferrari wars    Basket

Welcome | International    Gift Certificates    Sell Your Stuff    Deals Of The Week    Harry Potter    Disney

**Department**
**Any Department**
DVD (1)
Books (2)

*Listmania!*

Create a Listmania list

**Search Listmania!**

"*cobra ferrari wars*"

Select Results from All Departments

Choose a Department    to enable sortir

1. **The Cobra-Ferrari Wars 1963-1965** by Michael L. Shoen, Bob Bondurant, and Paul Frere (**Hardcover** - May 1990)
   6 Used & new from £111.68
   Books: See all 2 items

2. **The Cobra Ferrari Wars** (**DVD**)
   Currently unavailable
   DVD: See all items

3. **The Cobra-Ferrari Wars 1963-1965. Signed And Dedicated.** by Michae L. Shoen (**Paperback** - 1988)
   Currently unavailable
   Books: See all 2 items

SPONSORED LINKS (What is this?)
**New Ferrari 599**
Sytner.co.uk/Ferrari599    The Essence Of The Legend - Iconic Style - Call Sytner Now!
**Cobra**
www.Second-Hand-Golf-Clubs.co.uk    Buy Second Hand Cobra Golf Clubs - 1 Year Warranty & Fast UK Delivery!
**Wholesale & Make Money**
www.Hotbuy4u.com    Wholesale Merchandise to Public Same Day Shipping! Sell Online

**Search Feedback**

Did you find what you were looking for? | Yes | | No |

If you need help or have a question for Customer Service, please visit the Help Section.

Rent a car worry-free with Travelocity's price guarantee.

Pick-up City
Pick-up Jul ⇕ 30 ⇕
Drop-off Aug ⇕ 2 ⇕

Ad feedback

Ad feedback

Search powered by A9

**Where's My Stuff?**
- track your recent orders
- view or change your orders in Your Account

**Delivery and Returns**
- see our delivery rates and policies
- thinking of returning an item? (See our Returns

**Need Help?**
- Forgot your password?
- Buy Gift Certificates.
- still have questions? Visit our Help Pages

4.3

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾

Sign in

# Google

the cobra ferrari wars                                ( Search )   Advanced Search
                                                                   Preferences

---

Web   Show options...    Results **1 - 10** of about **94,000** for the cobra ferrari wars. (0.27 seconds)

## THE COBRA-FERRARI WARS 1963-1965 - AWARD-WINNING CLASSIC DIRECT ...

Contact Michael L. Shoen to purchase your copy of his award-winning book "**The Cobra-Ferrari Wars** 1963-1965", the true story of Carroll Shelby's **war** against ...
www.thecobraferrariwars.com/ - Cached - Similar

## Amazon.com: The Cobra-Ferrari Wars 1963-1965: Michael L. Shoen ...

I have been looking for "**The Cobra Ferrari Wars**" for many years. ... The **Cobra Ferrari Wars** took place during a time when the U.S. had some of the best ...
www.amazon.com/Cobra-Ferrari-Wars-1963.../0962509302 - Cached - Similar

### Amazon.com: the Cobra Ferrari Wars: Carroll Shelby;Dan Gurney;Lee ...

Amazon.com: **the Cobra Ferrari Wars**: Carroll Shelby;Dan Gurney;Lee Iacocca;Enzo **Ferrari**;Bob Bondurant;Roy Salvadori;Jack Sears;Dave Friedman;David Piper;Sir ...
www.amazon.com/Bondurant-Salvadori.../B0014FIHJQ - Cached - Similar

## the cobra ferrari wars torrents search

**the-cobra-ferrari-wars** torrent search results. Bittorrent downloads listed here. Download your favorite torrents at Torrent Reactor.
www.torrentreactor.net/find/the-**cobra**-**ferrari**-**wars** - Cached - Similar

## The Cobra Ferrari Wars | The Truth About Cars

In the mid-fifties, Carroll Shelby started tearing-up his local racing circuits. Within a few years, the young driver dominated every major ...
www.thetruthaboutcars.com/the-**cobra**-**ferrari**-**wars**/ - Cached - Similar

## The Cobra Ferrari Wars DVD

Information on **The Cobra Ferrari Wars** DVD Written, produced and directed by Richard Symons, it embraces the 60s with a carefully crafted soundtrack and ...
www.**cobraferrariwarsdvd**.com/ - Cached - Similar

## Cobra Ferrari Wars - Post 1965 Vintage Race Photos

Sponsored Links

## The Cobra Ferrari Wars

Bid on The **Cobra Ferrari Wars** now! Find great deals & huge selection.
www.eBay.com

## The Cobra Ferrari Wars

Millions of titles, new & used. Qualified orders over $25 ship free
Amazon.com/books

4.4

**The Cobra-Ferrari Wars** 1963-1965, Post 1965 Vintage Race Photos and more. Contact Michael L. Shoen to purchase your copy of his award-winning book, ...
www.cobraferrariwars.com/post-1965.html - Cached - Similar

## "Cobra Ferrari Wars" Distributor - Ferrari Life
1 post - 1 author - Last post: Nov 12, 2004
I have recently become a distributor for Spirit Level Films, the studio that produces "**The Cobra Ferrari Wars**" 2 Disk DVD. ...
www.ferrarilife.com/forums/showthread.php?t=3080 - Cached - Similar

## The Cobra-Ferrari wars, 1963-1965 (Open Library)
**The Cobra-Ferrari wars**, 1963-1965. by Michael L. Shoen Published in 1990, CFW ( Vancouver, Wash). **The Cobra-Ferrari wars**, 1963-1965. Michael L. Shoen ...
openlibrary.org/b/OL2232148M - Cached - Similar

## Motorbooks.com - The Cobra-Ferrari Wars 1963-1965 - by Michael Shoen
Author: Michael Shoen Featured are the 289 and 427 **Cobra** roadsters and coupes, **Ferrari** GTOs, LM, and GTB, Aston 214 , Corvette Grand Sport, ...
www.motorbooks.com/Store/ProductDetails_38468.ncm - Cached - Similar

Searches related to: **the cobra ferrari wars**

cobra le mans        cobra daytona coupe        carroll shelby cobra

1 2 3 4 5 6 7 8 9 10        Next

---

the cobra ferrari wars                    ( Search )

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

**4.5**

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                                    Sign in

# Google

the cobra ferrari wars                    ( Search )   **Advanced Search**
                                                         Preferences

---

Web    Show options...    Results **11** - **20** of about **94,000** for the <u>cobra</u> ferrari <u>wars</u>. (**0.10** seconds)

**The cobra ferrari wars** Torrent Downloads -
NowTorrents
Download **the cobra ferrari wars** torrents. Download
your favorite **the cobra ferrari wars** torrents at
NowTorrents.

Sponsored Links

**The Cobra Ferrari Wars**
Bid on The **Cobra Ferrari Wars** now!
Find great deals & huge selection.
www.eBay.com

**The Cobra Ferrari Wars**
Millions of titles, new & used.
Qualified orders over $25 ship free
Amazon.com/books

www.nowtorrents.com/torrents/the-cobra-ferrari-wars.html - <u>Cached</u> - <u>Similar</u>

**Cobra Ferrari Wars - Cobra** 3 Lonestar
The Lonestar was essentially a simplified GT-40 tub with the GT-40 Ford 289/ZF layout, an
aluminum **Ferrari**-like body, GT-40 suspension and **Cobra** brakes and ...
www.cobraferrariwars.com/cobra3.html - <u>Cached</u> - <u>Similar</u>

**Cobra Ferrari Wars** 1963-1965 Book
Carroll Shelby Merchandise **Cobra Ferrari Wars** 1963-1965 Book Second Edition, signed
by Author Michael L. Shoen. The True Story of Carroll Shelby's **war** ...
www.carrollshelbymerchandise.com/.../cobra-ferrari-wars-1963-to-1965- book-p-731 -
<u>Cached</u> - <u>Similar</u>

**The Cobra Ferrari Wars** 1963-1965, 2nd Ed. *SIGNED* - eBay (item ...
eBay: Find **The Cobra Ferrari Wars** 1963-1965, 2nd Ed. *SIGNED* in the Books ,
Antiquarian Collectible category on eBay.
cgi.ebay.com/The-Cobra-Ferrari-Wars-1963-1965,-2nd-Ed.-*SIGNED*_
W0QQitemZ380135265123QQcmdZViewItemQQimsxZ200... - <u>Cached</u> - <u>Similar</u>

**The AUTOSPORT** Bulletin Board > **Cobra Ferrari Wars** (UK TV)
17 posts - Last post: May 22
**The Cobra Ferrari Wars** is available on DVD as a two disc set. Dale. bradbury west. May
16 2009, 17:12. Bump; Tonight 7pm BBC4 ...

4.6

forums.autosport.com/lofiversion/index.php/t109089.html - Cached - Similar

## The Cobra-Ferrari Wars 1963-1965 by Michael L. Shoen | weRead
See the ratings and reviews of **The Cobra-Ferrari Wars** 1963-1965 by Michael L. Shoen
by readers on weRead. Find similar books to **The Cobra-Ferrari Wars ...**
weread.com/book/...**Cobra-Ferrari+Wars**.../BOK-11702307-1 - Cached - Similar

## Phoenix Product Sales Dba The Cobra-Ferrari Wars
Phoenix Product Sales Dba **The Cobra-Ferrari Wars** Gilbert, corporate profile and product
articles.
www.hotfrog.com/.../Phoenix-Product-Sales-Dba-The-**Cobra-Ferrari-Wars** -
Cached - Similar

## 'the Cobra Ferrari Wars' dvd - Classic Driver - MAGAZINE - features
I'm very proud to have been part of it." Carroll Shelby Scroll down to enter our competition
and win a copy of **the Cobra Ferrari Wars** advertisement ...
www.classicdriver.com/uk/magazine/3200.asp?id=12312 - Cached - Similar

## DVD - The Snake and the Stallion (formerly called The Cobra ...
DVD - The Snake and the Stallion (formerly called **The Cobra Ferrari Wars**) ... hot-rodders
took on the might of Enzo **Ferrari** and his GTO in the mid 60s. ...
www.blackwatchracing.com/DVD-The-Snake.../1022.htm - Cached - Similar

## BBC - BBC Four Programmes - Cobra Ferrari Wars
How racing driver Carroll Shelby won Le Mans in 1959 and developed the famous **Cobra**
car.
www.bbc.co.uk/programmes/b0074n1j - Cached - Similar

Searches related to: **the cobra ferrari wars**

**cobra le mans**       **cobra daytona coupe**       **carroll shelby cobra**

Previous   1  2  3  4  5  6  7  8  9 1011      Next

---

the cobra ferrari wars                    ( Search )

Search within results – Language Tools – Search Help – Dissatisfied? Help us improve –
Try Google Experimental

---

Google Home – Advertising Programs – Business Solutions – Privacy – About Google

4.7

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▼    Sign in

Google    | the cobra ferrari wars                        |    Search    Advanced Search
Preferences

Web    Show options...    Results **21 - 30** of about **94,000** for the cobra ferrari wars. (0.14 seconds)

<u>11:30pm tonight, **Cobra** - **Ferrari** wars - **Cobra** Club Forums</u>
I watched Jim Clark program, followed by Graham Hill program , followed by **Cobra** /**Ferrari** wars followed by land speed record program. ...
www.cobraclub.com/...cobra.../33335-11-30pm-tonight-cobra-ferrari-wars. html - Cached - Similar

<u>**Cobra Ferrari Wars** - BBC 4 Monday June 17th - The AUTOSPORT ...</u>
13 posts - 11 authors - Last post: Feb 10, 2006
**The Cobra Ferrari Wars** documentary is produced to recapture the spirit of the 60's in it's racing action, soundtrack and graphics and is a ...
forums.autosport.com/index.php?showtopic=43627 - Cached - Similar

<u>Motor Books - **The Cobra-Ferrari Wars** 1963-1965 (Second Edition)</u>
Since the first edition I have also softened my view of Enzo **Ferrari**. One must remember that **Ferrari** was a totally self-made man, supported by no one but ...
https://www.motorbooks.co.uk/notes.asp?bookid=79392 - Cached - Similar

<u>**The Cobra Ferrari Wars** - Out Now On DVD</u>
Jan 31, 2005 ... With its fast-pace, 60's soundtrack and effortless split-screen cool, **the Cobra Ferrari Wars** is compulsive viewing. ...
www.carpages.co.uk/ferrari/ferrari-cobra-ferrari-wars-31-01-05.asp - Similar

<u>TERRIFIC PHOTO HIST Of **The COBRA FERRARI WARS** 1963-65:eBay Motors ...</u>
Find TERRIFIC PHOTO HIST Of **The COBRA FERRARI WARS** 1963-65 in the eBay Motors , Parts Accessories , Apparel Merchandise , Car Truck , Other Merchandise ...
cgi.ebay.com/.../TERRIFIC-PHOTO-HIST-Of-The-COBRA-FERRARI- WARS-1963-65_ ...
- Cached - Similar

<u>Best the cobra ferrari wars and videos!</u>
the cobra ferrari wars content - The best **cobra** radar laser detector esd site! ... the cobra ferrari wars famous sites on the cobra in the barn ...
www.jalalhaddad.com/gallery/albums/.../cobra-video-com/?... - Cached - Similar

Sponsored Links

**The Cobra Ferrari Wars**
Bid on The **Cobra Ferrari Wars** now! Find great deals & huge selection.
www.eBay.com

**Cobra Ferrari** at Amazon
Millions of titles, new & used. Qualified orders over $25 ship free
Amazon.com/books

4.8

## Cobra Ferrari Wars, The (2 Discs) [DVD Video Disc] SLFCFWARS01D ...
Buy **Cobra Ferrari Wars**, The (2 Discs) [DVD Video Disc] on DVD and SAVE 12%, pln 1952 Carroll Shelby was a bankrupt chicken farmer from Texas In his early ...
www.dvdsource.co.uk/dvd_13065480 - Cached - Similar

## The Cobra-Ferrari Wars 1963-1965

1 min 8 sec - Jun 10, 2008 - ✩✩✩✩
**The** true story of Carroll Shelby's **war** against Enzo **Ferrari** and **the** cars and **the** men who made racing history.
www.youtube.com/watch?v=Ew20XUrAUYo

## YouTube - The Ford/Ferrari Wars ...
Ford **Ferrari Wars** Part 2 Cirkitvision. Added. 7:04. Ford **Ferrari Wars** Part 2 Cirkitvision.
7991 views ... The Cobra-Ferrari Wars 1963-1965. 2502 views ...
www.youtube.com/watch?v=JWt0pdiCpmE - Cached - Similar

## 1963 AC Cobra
From the book **The Cobra Ferrari Wars** by Michael L. Shoen 'But the people who said that the 289 (**Cobra**) wasn't a good handling car didn't know what they were ...
www.liveauctioneers.com/item/6225906 - Cached - Similar

## Searches related to: **the cobra ferrari wars**
cobra **le mans**          cobra **daytona coupe**          **carroll shelby** cobra

Previous  1 2 3 4 5 6 7 8 9 10 11 12    Next

---

the cobra ferrari wars                    ( Search )

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

**4.9**

**Web**  Images  Videos  Maps  News  Shopping  Gmail  **more** ▼        Sign in

Google    | the cobra ferrari wars    | (Search)   Advanced Search
Preferences

---

**Web**  Show options...   Results **31** - **40** of about **94,000** for the cobra ferrari wars. (0.49 seconds)

## Motor Books - The Cobra-Ferrari Wars 1963-1965 (Second Edition)
Copies of **The Cobra-Ferrari Wars** 1963-1965, Michael Shoen's outstanding history of Carroll Shelby's World Championship challenge, have been making $700 ...
www.motorbooks.co.uk/review.asp?bookid=79392 - Cached - Similar

## The Snake & the Stallion | How Carroll Shelby Kicked Ferrari's ...
If you can, check an amazing doc called "**The Cobra Ferrari Wars**. It's a great split screen piece that tells the story at the same time from both sides. ...
theselvedgeyard.wordpress.com/.../the-snake-the-stallion-the-carroll-shelby- ford-cobra-that-kicked-ferraris-ass/ - Cached - Similar

## Carroll Shelby Books
"**Cobra Ferrari Wars** 1963-1965" Book Second Edition, signed by Author Michael L. Shoen. The True Story of Carroll Shelby's **war** against Enzo **Ferrari**, ...
www.carrollshelbymerchandise.com/books-c-153 - Cached - Similar

## The Cobra Ferrari Wars (2002) [PDTV (Xvid)] Torrent - btjunkie
**The Cobra Ferrari Wars** (2002) [PDTV (Xvid)] TORRENT DOWLOAD HERE, **The Cobra Ferrari Wars** (2002) [PDTV (Xvid)] Download Torrent, **The,Cobra,Ferrari,Wars**,2002 ...
btjunkie.org/...Cobra-Ferrari-Wars.../5202adfc1bfb12a0ef87163e981aeda99769f423e116 - Cached - Similar

## The Cobra-Ferrari Wars Nineteen Sixty-Three to Nineteen Sixty-Five ...
BARNES & NOBLE - Find **The Cobra-Ferrari Wars** Nineteen Sixty-Three to Nineteen Sixty-Five by Michael L. Shoen. Enjoy book clubs, author videos and customer ...
search.barnesandnoble.com/...Cobra-Ferrari-Wars.../9780962509308 - Cached - Similar

## Sandcastle V.I. - Auto Racing Classics - Enzo's Ferraris - Ford ...
Jan 1, 2003 ... The "**war**" heated up even more in 1964, when **Ferrari** fielded a new 250GT to counter Shelby's new **Cobra** Daytona Coupe. ...
www.sandcastlevi.com/racing/ferrari2.htm - Cached - Similar

Sponsored Links

**The Cobra Ferrari Wars**
Bid on The **Cobra Ferrari Wars** now! Find great deals & huge selection.
www.eBay.com

**The Cobra Ferrari Wars**
Millions of titles, new & used. Qualified orders over $25 ship free
Amazon.com/books

**4.10**

Shelby Links
Jul 1, 2004 ... "The Cobra-Ferrari Wars 1963-1965." 2nd edition. *SIGNED*. The true story of Carroll Shelby's war against Enzo Ferrari, and the cars and the ...
www.nvsaac.com/shelby_links.htm - Cached - Similar

[ll] viaLibri ~ The Cobra-Ferrari Wars 1963-1965 - Frere, Paul ...
Frere, Paul; Bondurant, Bob; Shoen, Michael. The Cobra-Ferrari Wars 1963-1965 - Vancouver, Washington, USA: Michael L Shoen 1990 - A th. [3021173]
www.vialibri.net/.../3021173-1990-frere-paul-bondurant-bob-shoen-the-cobra-ferrari-wars-1963.htm - Cached - Similar

The Cobra-Ferrari Wars 1963-1965 Video by Peter - MySpace Video
The true story of Carroll Shelby's war against Enzo Ferrari and the cars and the men who made racing history. Created by www.VaporTrailProduction.com.
vids.myspace.com/index.cfm?fuseaction=vids.individual... - Cached - Similar

The Cobra-Ferrari Wars, 1963-1965 by Michael L Shoen (Used, New ...
Alibris UK has The Cobra-Ferrari Wars, 1963-1965 and other books by Michael L Shoen, including new & used copies, rare, out-of-print signed editions, ...
www.alibris.co.uk/.../The%20Cobra-Ferrari%20Wars,%201963-1965 - Cached - Similar

Searches related to: the cobra ferrari wars

cobra le mans        cobra daytona coupe        carroll shelby cobra

Previous   1 2 3 4 5 6 7 8 9 10 11 12 13   Next

---

| the cobra ferrari wars | ( Search ) |

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

4.11

Hello, michael l shoen. We have recommendations for you. (Not michael?)     Amazon Kindle Now Only $299

michael's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards     Your Account | Help

Shop All Departments     Search     Movies & TV     Cart     Wish List

Movies & TV     Advanced Search | Browse Genres | New Releases | Bestsellers | DVD Deals | TV Shows | Blu-Ray | Video On Demand | First To Know™ | Amazon Entertainment

Searching for "**the cobra ferrari wars**"?

See buying choices for this item to see if it's one of the millions that are eligible for Amazon Prime.



# the Cobra Ferrari Wars

**Starring:** Carroll Shelby;Dan Gurney;Lee Iacocca;Enzo Ferrari;Bob Bondurant;Roy Salvadori;Jack Sears;Dave Friedman;David Piper;Sir John Whitmore;Peter Sutcliffe;Alan Mann;Pete Brock
**Director:** Richard Symons **Format:**
No customer reviews yet. Be the first.

**1 new** from $35.00

- - - - - - - - - - - - - - - - - - - - - - - -
Have one to sell?
- - - - - - - - - - - - - - - - - - - - - - - -

**Available from these sellers.**

**1 new** from $35.00     Share with Friends

## Special Offers and Product Promotions

- **Save up to 57% on Pixar Classics:** Exhilarated by *Up*? Get all your Pixar favorites now and save up to 57% off. See details.

## Product Details

**Actors:** Carroll Shelby;Dan Gurney;Lee Iacocca;Enzo Ferrari;Bob Bondurant;Roy Salvadori;Jack Sears;Dave Friedman;David Piper;Sir John Whitmore;Peter Sutcliffe;Alan Mann;Pete Brock

**Directors:** Richard Symons

**Format:** Collector's Edition, Color, Digital Sound, Dolby, DTS Surround Sound, Full length, Surround Sound, NTSC

**Number of discs:** 2

**Studio:** Spirit Level Film

**DVD Release Date:** December 18, 2004

**Run Time:** 60 minutes

**Average Customer Review:** No customer reviews yet. Be the first.

**ASIN:** B0014FIHJQ

**Amazon.com Sales Rank:** #221,325 in Movies & TV (See Bestsellers in Movies & TV)

Would you like to **update product info** or **give feedback on images**?

## Tag this product (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

Search Products Tagged with

4.12

 Login / Register

Search for torrents...

- Home
- Advanced Search
- Latest torrents
- Upload
- Forums
- Register
- Help

 # The cobra ferrari wars torrent search

Keywords

the cobra ferrari wars

Category Any

Section: Any

Type: Any word (OR)

Exclude words:

Order by : Relevance

Descending

Search

External search results:

| Added | Description | Size | Dl's | Section | Health |
|-------|-------------|------|------|---------|--------|
| 07/09 | the cobra ferrari wars [FullVersion] | 229 Mb | 154 | Other | |
| 07/09 | the cobra ferrari wars - Full Download | 501 Mb | 199 | Other | |
| 07/09 | [HIGHSPEED] the cobra ferrari wars | 476 Mb | 191 | Other | |
| 07/09 | [TRUSTED DOWNLOAD] the cobra ferrari wars | 481 Mb | 378 | Other | |
| 07/09 | [100% seeded] Full version download of the cobra ferrari wars | 823 Mb | 281 | Other | |

Are you going to download the cobra ferrari wars?

It can be dangerous and cause a copyright infringement notice, so you might be prosecuted (read our Lawsuits Cases section).

We would recommend you to use a special program TorrentPrivacy to avoid that. It allows you to be anonymous in bittorrent networks.

**4.13**

# The Cobra Ferrari Wars

By Jonny Lieberman
April 22, 2006



In the mid-fifties, Carroll Shelby started tearing-up his local racing circuits. Within a few years, the young driver dominated every major road race in the United States: Sebring, Daytona and more. When Sir David Brown caught wind of Shelby's prowess, he figured that the good-looking Texan's charisma would help sell Brown's hand-made British supercars stateside. Brown whisked Shelby off to Europe to drive for his fledgling Aston Martin racing team. In 1959, Shelby drove a DBR1/300 to victory at Le Mans. More importantly, Aston beat Ferrari and Shelby met Enzo. A rivalry was born.

After his Le Mans win, Shelby revealed that he had a hereditary heart condition and shockingly retired from racing. Back in the States, he tried his hand selling tires and establishing a performance racing school. But in his heart of hearts, Carroll wanted to return to Europe with an American car and beat the Hell out of Enzo Ferrari's mob. He even had a plan: stuff a muscular American V8 into a nimble British roadster. The long tall Texan envisioned a hairy-chested mule clobbering Enzo's prancing thoroughbreds.



Luckily, Ford was getting ass whooped both on the track (and in the showroom) by Chevrolet and the Corvette. The Blue Oval needed a halo vehicle. The company agreed to give the famous race car driver a new, lightweight all-aluminum V8, originally designed to power Canadian pickup trucks. Shelby turned to A.C. Cars in Britain for the frame and chassis. The Cobra was born. Or, more precisely, still-born. The first Cobra wasn't slow, but the mechanicals were garbage; the axle snapped during the car's first race and the engine wasn't nearly powerful enough to take on Maranello.

Enter a bunch of young, square-jawed Santa Monica hot rodders. A complete teardown, redesign and engine implant commenced. The resulting car is generally acknowledged to be the fastest (and coolest) muscle car of all time. The Cobra was so accelerative that Carroll would stick a $100 bill on the dash. If potential customers could grab it before the Cobra hit 100 mph, they could keep it. They couldn't. The 289 Cobra could do 0-100-0 in 15 seconds flat. The 427, in less than 13– which still counts as absurdly, violently fast more than 40 years later.



That Cobra's extreme performance and relatively nimble handling helped Shelby's team dominate practically every American race during the 1963 season. With high hopes and a quick car, they headed for Europe to do battle in Enzo's backyard– only to be crushed by Ferrari at Le Mans. On the three-mile Mulsanne Straight, the convertible Cobras –- with hard tops bolted on -– topped-out at 150mph. The Ferraris went 180. If Carroll Shelby was going to show Enzo what-for, he needed a proper coupe.

In Spirit Level Films "The Cobra/Ferrari Wars," documentary filmmaker Richard Symons offers a riveting account of the simmering rivalry between the American

**4.14**

chicken farmer's motley gang of West Coast thrill-seekers, and Europe's blue-blooded racers. Interlacing vintage racing footage and latter day interviews with most of the key players, the film chronicles a seminal moment in American automotive history: the development of Carroll Shelby's Daytona Coupe. It's a classic story of American blood and guts.



Shelby recalls how he tasked a 23-year-old engineer named Pete Brock with designing the Coupe's body. Brock started with the windscreen, holding it in place with duct tape and wood. He then built the car's shell around it and the driver. Everyone agreed that the resulting Coupe was funny-looking– in a not-so-funny-kinda way. Brock assured them it would work. Or rather, fly. Even so, Shelby brought in an aerodynamics specialist who took one look and balked. Faced with a looming deadline and no Plan B, Carroll decided to trust his unknown engineer.

With Bob Bondurant and Dan Gurney behind the wheel, the Shelby Daytona Coupe hit an astonishing 196 mph on the Mulsanne Straight, and earned Shelby's band of brothers a first place finish in the GT class at the 1964 Le Mans. On his own terms, in his own way, the lanky Texan had beaten the imperious Italian. And then he did it again, in '65. And again, helping Hank Ford II's boys build the GT40 to punish Enzo for a last-minute walkout on a Blue Oval buyout. Four straight years of GT40 dominance in LeMans helped seal Carroll's reputation for all time.



Shelby's victory is all the more poignant when compared to today's motorsports; complete with computer-aided design, manufacture and telemetry; PR flacks, chefs and personal fitness trainers. Back in Shelby's day, victory was achieved by personal determination, imagination and grit. While these characteristics will always be vital ingredients in motor racing, it's hard to imagine a time when they seemed so pure, so unadulterated by the cold-blooded demands of big business. Symon's film captures the last time a bunch of buddies got together in a small garage to take on the world's best, and won.

[Spirit Level Films provided a DVD of The Cobra Ferrari Wars for review.]

© 2004 - 2008 The Truth About Cars | Terms & Conditions | ⚡ POWERED

**4.15**

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                                                          Sign in

# Google

| cobra ferrari wars sale |  (Search)   Advanced Search
                                       Preferences

---

**Web**    Show options...    Results **1 - 10** of about **94,100** for <u>cobra</u> <u>ferrari</u> <u>wars</u> <u>sale</u>. **(0.43 seconds)**

## THE COBRA-FERRARI WARS 1963-1965 - AWARD-WINNING CLASSIC DIRECT ...
Contact Michael L. Shoen to purchase your copy of his award-winning book "The
**Cobra-Ferrari Wars** 1963-1965", the true story of Carroll Shelby's **war** against ...
www.thecobraferrariwars.com/ - Cached - Similar

## Amazon.com: The Cobra-Ferrari Wars 1963-1965: Michael L. Shoen ...
I have been looking for "The **Cobra Ferrari Wars**" for many years. ... The **Cobra Ferrari
Wars** took place during a time when the U.S. had some of the best ...
www.amazon.com/Cobra-Ferrari-Wars-1963.../0962509302 - Cached - Similar

## the cobra ferrari wars torrents search
the-**cobra-ferrari-wars** torrent search results. Bittorrent downloads listed here. Download
your favorite torrents at Torrent Reactor.
www.torrentreactor.net/find/the-cobra-ferrari-wars - Cached - Similar

## The Cobra Ferrari Wars | The Truth About Cars
[Spirit Level Films provided a DVD of The **Cobra Ferrari Wars** for review.] ... GM Zombie
Watch 9: GM Announces "Buy and Say Goodbye" **Sale ...**
www.thetruthaboutcars.com/the-**cobra-ferrari-wars**/ - Cached - Similar

## "Cobra Ferrari Wars" Distributor - Ferrari Life
1 post - 1 author - Last post: Nov 12, 2004
I have recently become a distributor for Spirit Level Films, the studio that produces "The
**Cobra Ferrari Wars**" 2 Disk DVD. ...
www.ferrarilife.com/forums/showthread.php?t=3080 - Cached - Similar

## Phoenix Product Sales Dba The Cobra-Ferrari Wars
Phoenix Product **Sales** Dba The **Cobra-Ferrari Wars** Gilbert, corporate profile and product
articles.
www.hotfrog.com/.../Phoenix-Product-Sales-Dba-The-Cobra-Ferrari-Wars -
Cached - Similar

## The Cobra Ferrari Wars DVD
Information on The **Cobra Ferrari Wars** DVD Written, produced and directed by Richard
Symons, it embraces the 60s with a carefully crafted soundtrack and ...
www.cobraferrariwarsdvd.com/ - Cached - Similar

4.16

### Cobra Ferrari Wars - Post 1965 Vintage Race Photos

The **Cobra-Ferrari Wars** 1963-1965, Post 1965 Vintage Race Photos and more. ... Laguna
seca **sale**. Hey, I sold quite a few books this way, once over $10000 in ...
www.cobraferrariwars.com/post-1965.html - Cached - Similar

### The Cobra-Ferrari wars, 1963-1965 (Open Library)

The **Cobra-Ferrari wars**, 1963-1965. by Michael L. Shoen Published in 1990, CFW (
Vancouver, Wash). The **Cobra-Ferrari wars**, 1963-1965. Michael L. Shoen ...
openlibrary.org/b/OL2232148M - Cached - Similar

### Motorbooks.com - The Cobra-Ferrari Wars 1963-1965 - by Michael Shoen

The **Cobra-Ferrari Wars** 1963-1965. Author: Michael Shoen. About the Second Edition.
Reviews for the first edition: Rarely does the past come alive as it does ...
www.motorbooks.com/Store/ProductDetails_38468.ncm - Cached - Similar

1 2 3 4 5 6 7 8 9 10     Next

---

cobra ferrari wars sale          ( Search )

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

4.17

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                                      Sign in

Google    cobra ferrari wars sale                              (Search)   Advanced Search
                                                                          Preferences

Web    Show options...    Results **11 - 20** of about **94,100** for <u>cobra **ferrari** wars sale</u>. **(0.28 seconds)**

Cobra Ferrari Wars 1963-1965 Book
Carroll Shelby Merchandise **Cobra Ferrari Wars** 1963-1965 Book Second Edition, signed
by Author ... Shelby **Cobra** Dealers · Shelbys and Ford Mustangs for **Sale ...**
www.carrollshelbymerchandise.com/.../cobra-ferrari-wars-1963-to-1965- book-p-731 -
Cached - Similar

The AUTOSPORT Bulletin Board > Cobra Ferrari Wars (UK TV)
17 posts - Last post: May 22
The **Cobra Ferrari Wars** is available on DVD as a two disc set. ... I can only think it was
made for **sales** in the US and not intended to be ...
forums.autosport.com/lofiversion/index.php/t109089.html - Cached - Similar

BBC - BBC Four Programmes - Cobra Ferrari Wars
How racing driver Carroll Shelby won Le Mans in 1959 and developed the famous **Cobra**
car.
www.bbc.co.uk/programmes/b0074n1j - Cached - Similar

Cobra Ferrari Wars - Contact Us
Please email mikelshoen@yahoo.com to request information about the Second Edition of
the **Cobra-Ferrari Wars** 1963-1965 or to provide feedback about our site. ...
www.**cobraferrariwars**.com/contact-us.html - Cached - Similar

The Cobra Ferrari Wars 1963-1965, 2nd Ed. *SIGNED* - eBay (item ...
eBay: Find The **Cobra Ferrari Wars** 1963-1965, 2nd Ed. *SIGNED* in the Books ,
Antiquarian Collectible category on eBay.
cgi.ebay.com/The-Cobra-Ferrari-Wars-1963-1965,-2nd-Ed.-*SIGNED*_
W0QQitemZ380135265123QQcmdZViewItemQQimsxZ200... - Cached - Similar

Cobra ferrari wars Torrent Downloads - NowTorrents
Download **cobra ferrari wars** torrents. Download your favorite **cobra ferrari wars** torrents
at NowTorrents.
www.nowtorrents.com/torrents/cobra-ferrari-wars.html - Cached - Similar

11:30pm tonight. Cobra - Ferrari wars - Cobra Club Forums
I watched Jim Clark program, followed by Graham Hill program , followed by **Cobra** /**Ferrari**
**wars** followed by land speed record program. ...
www.**cobra**club.com/...cobra.../33335-11-30pm-tonight-cobra-ferrari-wars. html -
Cached - Similar

4.18

### 'the **Cobra Ferrari Wars**' dvd - Classic Driver - MAGAZINE - features
The rest of the world laughed and so began the **Cobra Ferrari wars**. ..... Nerus Silhouette
F100 for **sale**, New premises for Jaguar specialist, New Rolls-Royce **...**
www.classicdriver.com/uk/magazine/3200.asp?id=12312 - Cached - Similar

### **Cobra Ferrari Wars**, The (2 Discs) [DVD Video Disc] SLFCFWARS01D ...
Buy **Cobra Ferrari Wars**, The (2 Discs) [DVD Video Disc] on DVD and SAVE 12%, pln
1952 Carroll Shelby was a bankrupt chicken farmer from Texas In his early **...**
www.dvdsource.co.uk/dvd_13065480 - Cached - Similar

### Best the **cobra ferrari wars** and videos!
the **cobra ferrari wars** content - The best **cobra** radar laser detector esd site! Daily
updated! **...** ford mustang **cobra** convertible used mustang **cobra** for **sale** **...**
www.jalalhaddad.com/gallery/albums/.../**cobra**-video-com/?... - Cached - Similar

**Previous**   1 2 3 4 5 6 7 8 9 1011    **Next**

cobra ferrari wars sale                    ( Search )

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google










VINTAGE
WHEELS inc
Knock off's and adaptors
at affordable prices!



Cubic Performance
No More
Bouncing


**Club Cobra** > Cobra Talk Areas > ALL COBRA TALK
**The Snake & The Stallion - best Cobra documentary ever**

User Name [User Name]   ☐ Remember Me?
Password [          ]   [ Log in ]

Portal   Register   Blogs   FAQ   Community ⌄   For Sale   Gallery   Calendar   Today's Posts   Search



Post Reply                    Page 2 of 3  < 1 2 3 > ⌄

☑ View First Unread                Thread Tools ⌄   Display Modes ⌄

☐ 01-28-2009, 01:50 PM                                    #26

**Cobra Lite** ⊙
Registered User

Join Date: Nov 2008
Location: Anchorage, AK
Cobra Make, Engine: TBD
Posts: 16

**Snake & Stallion DVD**                       Not Ranked

I also ordered online direct from Spirit Level Film (spiritlevelfilm.com)
on January 20th at 9 pm their time and the DVD set arrived in my mailbox yesterday, the 27th.

The cost was the same as the above 17.72 (pounds) delivered (that is $25.34).

I have only had a few minutes to skim a bit of the first of the two disks.

**Disk 1:**
Original program (Cobra Ferrari Wars)
Picture galleries: of the movie, of making the movie, of the cars in

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                          Sign in

# Google

`snake and the stallion`   (Search)   **Advanced Search**
                                      Preferences

---

**Web**   Show options...   Results **1 - 10** of about **64,700** for <u>snake</u> and the <u>stallion</u>. (0.33 seconds)

## Spirit Level Film :: All Films :: The Snake and the Stallion ...
The all-time classic battle (both on and off the track !) between Enzo Ferrari and Carroll
Shelby as you've never seen it before. Reveals the true story of ...
www.spiritlevelfilm.com/shop/product.php?productid... - <u>Cached</u> - <u>Similar</u>

## The Snake and the Stallion DVD
Carroll Shelby Merchandise The **Snake and the Stallion** DVD 'The **Snake and the
Stallion**' vividly documents the legendary rivalry between Texas chicken farmer ...
www.carrollshelbymerchandise.com/.../the-**snake-and-the-stallion**-p-666 -
<u>Cached</u> - <u>Similar</u>

## Amazon.com: The Snake and the Stallion (previously titled The ...
Amazon.com: The **Snake and the Stallion** (previously titled The Cobra-Ferrari Wars ):
Richard Symons: Movies & TV.
www.amazon.com/Snake-Stallion...titled.../B001E7ZZYY - <u>Cached</u> - <u>Similar</u>

## Video results for **snake and the stallion**


**The Snake and the
Stallion**
2 min 4 sec
www.youtube.com


**The Snake and the
Stallion**
2 min 3 sec
vids.myspace.com

## DVD - The Snake and the Stallion (formerly called The Cobra ...
DVD - The **Snake and the Stallion** (formerly called The Cobra Ferrari Wars)
www.blackwatchracing.com/...**Snake-and-the-Stallion**.../1022.htm - <u>Cached</u> - <u>Similar</u>

## The Snake & The Stallion - Wikipedia, the free encyclopedia
Feb 11, 2009 ... The **Snake and the Stallion** (formerly known as the Cobra Ferrari Wars) is
a 2002 documentary film produced by Spirit Level Film, ...
en.wikipedia.org/wiki/The_Snake_&_The_Stallion - <u>Cached</u> - <u>Similar</u>

## The Snake And The Stallion — Autoblog
The **Snake and the Stallion**, meanwhile, is the most definitive documentary on how Carroll
Shelby and his Cobras took on the mighty Enzo Ferrari in motorsport ...
www.autoblog.com/tag/the+**Snake**+and+the+**Stallion**/ - <u>Cached</u> - <u>Similar</u>

## The Snake & The Stallion - best Cobra documentary ever - Page 2 ...

4.21

Page 2- The **Snake** & The **Stallion** - best Cobra documentary ever ALL COBRA TALK.
www.clubcobra.com/forums/showthread.php?t=94257...2 - Cached - Similar

The **Snake** & the **Stallion** | How Carroll Shelby Kicked Ferrari's ...
They actually changed the name for the second pressing to– The **Snake and the Stallion**.... oops. Reply. 2009 May 11. Andrew permalink. Another great post JP. ...
theselvedgeyard.wordpress.com/.../the-**snake**-the-**stallion**-the-carroll-shelby- ford-cobra-that-kicked-ferraris-ass/ - Cached - Similar

The **Snake and the Stallion** - Classic Driver - MAGAZINE - features
So says the great man himself, Carroll Shelby, about Richard Symons and Spirit Level Film's epic double DVD, The **Snake and the Stallion**. ...
www.classicdriver.com/uk/magazine/3200.asp?id=13966 - Cached - Similar

1 2 3 4 5 6 7 8 9 10    Next

---

snake and the stallion          ( Search )

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

4.22

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                    Sign in

# Google

| snake and the stallion |   Search

**Advanced Search**
**Preferences**

---

**Web**   Show options...   Results **11 - 20** of about **64,700** for snake and the stallion. (0.11 seconds)

## The Snake and the Stallion - $44.95 : The Motorsport Collector
Jun 6, 2008 ... The Motorsport Collector The **Snake and the Stallion** - DOUBLE DISC DVD
SET! In 1962 Enzo Ferrari ruled the tracks of Europe.
www.motorsportcollector.com/cart/index.php?main... - Cached - Similar

## the snake and the stallion torrents search
the-**snake-and-the-stallion** torrent search results. Bittorrent downloads listed here.
Download your favorite torrents at Torrent Reactor.
www.torrentreactor.net/find/the-snake-and-the-stallion - Similar

## The Snake and the Stallion DVD - Motorbase
Nov 28, 2008 ... Motorbase is a portal for classic car and car enthusiasts. The site features
a comprehensive encyclopedia of makes and models, ...
www.motorbase.com/.../C02D04C0-BD4C-11DD-91A8-F111FD0D60EB. ehtml -
Cached - Similar

## Ferrari Mailing List: Re: the snake and the stallion
Re: the **snake and the stallion** Bill Shaw, November 15 2008; Re: the **snake and the**
**stallion** jashburne, November 15 2008 ...
lists.ferrarilist.com/pipermail/ferrari/msg11684.html - Cached - Similar

## The snake and the stallion Torrent Downloads - NowTorrents
Download the **snake and the stallion** torrents. Download your favorite the **snake and the**
**stallion** torrents at NowTorrents.
www.nowtorrents.com/torrents/the-snake-and-the-stallion.html - Cached - Similar

## DVD/Video GT Racer and 'The Snake & The Stallion' Competition - 10 ...
8 posts - 7 authors - Last post: Jan 23
If you can't wait for competition winners to be announced, you can save a whopping £10 off
the **Snake and the Stallion** DVD set using coupon ...
www.ten-tenths.com/forum/showthread.php?t=111899 - Cached - Similar

## The Snake & The Stallion - Best cobra/ferrari doc ever? - Ferrari ...
Thought this might be of interest- Spirit Level Film are doing a special offer on their
awesome Cobra/Ferrari doc, the **Snake and the Stallion**, £10.
www.ferrari-talk.com/.../snake-stallion-best-cobra-ferrari-doc-ever-4247/ -
Cached - Similar

## S , The Snake And The Stallion

4.23

Apr 16, 2009 ... Torrents , filmi , download , muzika , igri , chalga , bezplatno, S , The **Snake And The Stallion**.
rarbg.com/.../The%20Snake%20And%20The%20Stallion.html - Cached - Similar

Win a Ferrari for the Weekend :: The **Snake and the Stallion** (Trailer)
The **Snake and the Stallion**. The extraordinary film of how Carroll Shelby, together with a bunch of Southern Californian hot-rodders and the Cobra took on ...
www.spiritlevelfilm.com/rendezvous/trailers/sands.html - Cached - Similar

the **snake and the stallion** dvd - FerrariChat.com
1 post - 1 author - Last post: Nov 10, 2008
the **snake and the stallion** dvd Vintage (thru 365 GTC4)
www.ferrarichat.com/forum/showthread.php?t=221464 - Cached - Similar

Previous   1 2 3 4 5 6 7 8 9 1011     Next

---

snake and the stallion               ( Search )

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

4.24

Hello, michael l shoen. We have <u>recommendations</u> for you. (Not <u>michael</u>?)

<u>michael's Amazon.com</u>  |  Today's Deals  |  Gifts & Wish Lists  |  Gift Cards

Amazon Kindle Now Only $299

Your Account | Help

Shop All Departments     Search [ Movies & TV ▾ ]                                    Cart    Wish List

Movies & TV       | Advanced   Browse    New        Bestsellers   DVD    TV      Blu-    Video On   First        Amazon
                    Search      Genres    Releases                Deals  Shows   Ray     Demand    To Know™    Entertainment

**Instant Order Update for michael l shoen.** You purchased this item on March 28, 2009. <u>View this order.</u>

**Searching for "<u>snake and the stallion</u>"?**

<u>See buying choices for this item</u> to see if it's one of the millions that are eligible for Amazon Prime.



<u>See larger image</u>

<u>Share your own customer images</u>

# The Snake and the Stallion (previously titled The Cobra-Ferrari Wars)
**Director:** <u>Richard Symons</u>  **Format:**
No customer reviews yet. <u>Be the first.</u>

**Available from <u>these sellers</u>.**

**<u>1 new</u>** from $45.00

**<u>1 new</u>** from $45.00

Have one to sell?

<u>Share with Friends</u>

## Special Offers and Product Promotions

* **Save up to 57% on Pixar Classics:** Exhilarated by *Up*? Get all your Pixar favorites now and save up to 57% off. <u>See details.</u>

## Product Details

**Directors:** <u>Richard Symons</u>

**Producers:** <u>Richard Symons</u>

**Format:** NTSC

**Region:** All Regions

**Studio:** Spirit Level Film

**Average Customer Review:** No customer reviews yet. <u>Be the first.</u>

**ASIN:** B001E7ZZYY

**Amazon.com Sales Rank:** #72,519 in Movies & TV (See <u>Bestsellers in Movies & TV</u>)

Popular in this category: (<u>What's this?</u>)

#94 in <u>Movies & TV</u> > <u>Special Interests</u> > **<u>Transportation</u>**

Would you like to **<u>update product info</u>** or **<u>give feedback on images</u>**?

## Editorial Reviews

**Product Description**
Author: Spiritlevelfilm Binding: Slipcased/Boxed Published: 2008 Ten years in the making, this fast-paced, sixties-style, split screen epic with an amazing soundtrack tells the extraordinary story of how Carroll

4.25

Amazon.com: The Snake and the Stallion (previously titled The Cobra-Ferrari Wars): Richard Symons: Movies & TV    7/9/09 9:39 AM

Case 2:09-cv-01548-DGC   Document 1-2   Filed 07/27/09   Page 27 of 52

Shelby, together with a bunch of Southern Californian hot-rodders took on the might of Enzo Ferrari and his GTO in the mid 60s. Aside from original interviews from all the participants there's wonderful archive footage alongside some beautiful, newly filmed reconstructions with the original cars (Ferrari GTO, 250 SWB, Cobras and Daytona Coupe) on the track. A must for Cobra and Ferrari fans alike. "I spent a whole lot of time with Richard on this and he's really nailed it. Got all the right people, from Dan Gurney to Lee Iacocca. It's a wonderful, wonderful story and I've never seen anybody tell it better. I'm very proud to have been part of it." - Carroll Shelby

## Customers Who Bought This Item Also Bought







Rendezvous DVD ~ Claude Lelouch

(38) $26.99

The Gumball Rally DVD ~ Michael Sarrazin

(71) $5.99

Le Mans DVD ~ Steve McQueen

(155) $11.49

## Suggested Tags from Similar Products (What's this?)

Be the first one to add a relevant tag (keyword that's strongly related to this product).

**Check a corresponding box or enter your own tags in the field below.**

automotive (4)

motor sports (3)

racing (3)

business history (3)

business strategy (3)

books for men (2)

ferrari (2)

ford (2)

le mans (2)

cobra (1)

shelby (1)

## Search Products Tagged with

**Your tags:** _____

(Press the 'T' key twice to quickly access the "Tag this product" window.)

**Help others find this product — tag it for Amazon search**

No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Rate This Item to Improve Your Recommendations

Rate this item

## Customer Reviews

**There are no customer reviews yet.**

## Video reviews

 New feature! Amazon now allows customers to upload

4.25.01



🛒 SHOPPING CART



**SHELBY.**

OFFICIAL LICENSED MERCHANDISE  TEAM SHELBY I SHELBY AUTOS I SHELBY PERFORMANCE PARTS I CARROLL SHELBY FOUNDATION



BOOKS  I  **DVDS**

ADD THIS    Shopping Cart   Items: Empty   Subtotal: $0.00

# The Snake and the Stallion DVD





'The Snake and the Stallion' vividly documents the legendary rivalry between Texas chicken farmer turned American sporting hero Carroll Shelby, and the Italian automotive aristocrat Enzo Ferrari. First broadcast in 2002 by the BBC as 'The Cobra Ferrari Wars' to great critical acclaim, now retitled and remastered, 'The Snake and the Stallion' is being released as a collectors' edition double DVD. Ten years in the making, the documentary tells the remarkable story of Shelby's mission to "nail Ferrari's ass", resulting in the fearsome Cobra – possibly the most revered sports-car of all time. The double DVD set includes the full broadcast film, picture galleries, previously unseen footage, exclusive never-before seen interviews, and 6 hours of un-cut interviews with Shelby, giving a unique insight into the man himself. With its fast-pace, 60's soundtrack and effortless split-screen cool, this is a classic film vividly portraying the danger and excitement of a bygone era in motor sports history. 59 Minute film, plus extras: 2-Disc Set.

PRODUCT INFORMATION

| | |
|---|---|
| Model Number: | 1SLFSS |
| Availability: | In Stock |
| Price: | $44.95 |

4.26

# The Snake & The Stallion

From Wikipedia, the free encyclopedia

***The Snake and the Stallion*** (formerly known as the Cobra Ferrari Wars) is a 2002 documentary film produced by Spirit Level Film (http://www.spiritlevelfilm.com) , presenting the legendary rivalry between Texas chicken farmer turned American sporting hero Carroll Shelby, and the Italian automotive aristocrat Enzo Ferrari.

## Contents

- 1 Release
- 2 Synopsis
- 3 Criticism
- 4 References
- 5 External links

## Release

*The Snake & The Stallion* aired on the BBC on Monday 17 June 2002, and was subsequently released on DVD. A remastered collector's edition of the film was released on DVD in 2008.

## Synopsis

Richard Symons's documentary recounts the origins and rise to racing history of the AC Cobra, the car conceived by Carroll Shelby. The film details the history of the Cobra and Carroll Shelby's racing career, from humble beginnings to the 1959 victory at the Le Mans 24 hours, with Roy Salvadori at the wheel of the Cobra. The story goes on to explain Shelby's motivation to take on the might of Ferrari, with the help of Ford, and AC of England (who were then manufacturing invalid carriages), and why Carroll Shelby had to retire from racing.

Carroll Shelby was closely involved in the making of the documentary, "I spent a whole lot of time with Richard on this and he's really nailed it. Got all the right people, from Dan Gurney to Lee Iacocca. It's a wonderful story and I've never seen anybody tell it better. I'm very proud to

4.27

have been part of it."

# Criticism

# References

Classic Driver (http://www.classicdriver.com/uk/magazine/3200.asp?id=13966)

# External links

- Spirit Level Film (http://www.spiritlevelfilm.com/shop/product.php?productid=16134)
- Motorbase (http://www.motorbase.com/shop/profiles/by-id/32169/)
- Motorsport Collector (http://www.motorsportcollector.com/cart/index.php?main_page=product_info&products_id=2558)
- Carroll Shelby Merchandise (http://www.carrollshelbymerchandise.com/books-and-dvds-dvds-c-76_78/the-snake-and-the-stallion-p-666)

Retrieved from "http://en.wikipedia.org/wiki/The_Snake_%26_The_Stallion"
Categories: Automobile-related media
Hidden categories: Orphaned articles from February 2009 | All orphaned articles

- This page was last modified on 11 February 2009 at 11:16.
- Text is available under the Creative Commons Attribution/Share-Alike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

4.28

# The Selvedge Yard

- Home
- About The Selvedge Yard

## The Snake & the Stallion | How Carroll Shelby Kicked Ferrari's…

2009 May 11
tags: Carroll Shelby, Ford, Shelby Cobra
by JP



Carroll Shelby poses with his new 1964 production Cobra and his new Cobra race car-- Venice, California. "It's a massive motor in a tiny, lightweight car." --Shelby explaining in a nutshell, the secret to the Cobra's performance.

4.29

When Carroll Shelby decided to leave auto racing in 1960 due to a hereditary and life-threatening heart condition– he never looked back.  Shelby dominated the racing circuit in the 50s, and wasn't done yet. Knowing that racing was longer an option, he fixed his squinty gaze at becoming a legend under the hood, as well as behind the wheel. Shelby was going to build his own cars, and made it his personal mission to knock Enzo Ferrari off his high horse– who's imperious, dictator style flat-out rubbed the tough Texan the wrong way. Ford knew they would also benefit greatly from an alliance with Shelby, as they were regularly getting their clock cleaned on the racetrack, and had no answer for Chevrolet's Corvette in the showroom wars either. Ford soon became part of the rivalry with Enzo, as two unsuccessful buyout attempts of Ferrari during the 60s dealt a humiliating blow to Henry Ford II, and the only place left to settle it was on the racetrack.

Carroll Shelby is shown below with the three Cobra roadsters that would win the 1963 USRRC Manufacturer's Championship. Venice, California, 1963.



The AC Cobra started out as a Ford small block 260 cubic inch V-8 (later 289) wrapped in a tight & light handbuilt British sportscar. It quickly morphed into a beast with a 7.0L 427 aluminum block under the hood, creating an incredible power-to-weight ratio that was just plain sick. Some silly fans actually prefer the earlier, more dainty Cobras-- feeling that the flared bodies, fat tires and aggressive stance of the later 427's comes across visually as too brutish and crass. Well sorry folks, I'm all about the 427 Cobra. An AC Cobra coupe's top speed was clocked at 185 mph on the M1 raceway back in 1964-- an impressive feat for sure, and years before the super-exotics.

**4.30**

The original Shelby Cobra was far from perfect– lets just say there were issues with stuffing an engine that massive in a chassis so small.  So four Santa Monica hot-rodders tore the cars apart and rebuilt them to withstand the strain and demands from the ground up– all under the watchful eye of Shelby in his own workshop.  Ford, Shelby and his team of craftsmen succeeded in creating a car that became all at once– the most loved, feared and copied sportscar in all of American auto history.

4.31



Shelby looks on as his crack squad of hot-rodders obsess over every detail as one
of the first Cobras is prepped at the first Dean Moon Shop-- Santa Fe Springs,
California in February of 1962.

4.32



First Cobra being built at Dean Moon's shop in Santa Fe Springs, California.



A fleet of Shelby Cobra coupes being assembled and prepped.

4.33



"I'm not going to take this defeatist attitude and listen to all this crap any more from all these people who have nothing except doomsday to predict." --Carroll Shelby



"Next year, Ferrari's ass is mine!" --Carroll Shelby after losing to Ferrari in '64, and in '65 it would be just as Shelby predicted. Don't mess with Texas, baby.



Carroll Shelby at the wheel of a new Cobra production car-- Venice, California,
1963. He loved to stick $100 bills to the inside of the windscreen and challenge the
potential customer, sitting in the passenger seat, to grab the bill before the Cobra

4.35

The Snake & the Stallion: How Carroll Shelby Kicked Ferrari's... « The Selvedge Yard    Case 2:09-cv-01548-DGC    Document 1-2    Filed 07/27/09    Page 38 of 52

7/9/09 9:46 AM

hit 100 mph.

Many thanks to my friends at Vulcan Motor Club for allowing the wife and I to celebrate Mother's Day behind the wheel of the mother of all American muscle cars– the Shelby Cobra. I'll tell ya, working with these great guys has some serious upside– we had a great day, and you've really spoiled me.



4.36

The Snake & the Stallion. The Carroll Shelby Ford Cobra that kicked Ferrari's ass. « the selvedge yard

Case 2:09-cv-01548-DGC   Document 1-2   Filed 07/27/09   Page 39 of 52

7/9/09 9:46 A



4.37

**Possibly related posts: (automatically generated)**

Case 2:09-cv-01548-DGC Document 1-2 Filed 07/27/09 Page 40 of 52
The Snake & the Stallion... How Carroll Shelby kicked Ferrari's ... « The Selvedge Yard

7/9/09 9:46 AM

- 2007 RM Auction, Scottsdale: 1967 Shelby Cobra 427 S/C
- 2007 Barrett-Jackson, Scottsdale: Carroll Shelby's personal Cobra brings ...
- Handful of new Shelby Series II roadsters still available for purchase

Ads by Google
**Richmond Snake Control**
Call Our Expert Exterminators For Top Quality Snake Control Services.
BeeBatBirdMen.com
**Blue Cross Blue Shield AZ**
Choose From Many Affordable Plans! Compare-Find The Best One For You.
www.azblue.com
**Top Shelby GT500 Prices**
Find out our Lowest Possible Price on a New 2009 Ford Shelby GT500!
www.CarPriceSecrets.com
**Levi's® Official Site**
Shop Styles in Denim & More. Find your Levi's® Style Online.
www.levi.com

from → American, English, Icons, autos, design, history, sports, vintage

13 Responses leave one →

1. 

   2009 May 11
   Veeral Rathod permalink

   I'm jealous… that must have been a great ride!

   Reply

   ○ 

      2009 May 11
      JP permalink

      Amazing. And there's no way you would've been able to snatch the Benjamin of my windscreen…

      Reply

2. 

2009 May 11
Nick permalink

The original shop was right down the street from me. If you can, check an amazing doc called "The Cobra Ferrari Wars. It's a great split screen piece that tells the story at the same time from both sides. Awesome pictures you found Kudos.

Reply



o

2009 May 11
JP permalink

The Cobra Ferrari Wars is amazing– based on the book of the same name. They actually changed the name for the second pressing to– The Snake and the Stallion…. oops.

Reply



3.

2009 May 11
Andrew permalink

Another great post JP. I'm always impressed by how consistently entertaining and informative your posts are.

- Andrew

Reply



4.

2009 May 11
Dana permalink

a 13 year old Dana thought it perfectly reasonable for her dad to mortgage the house for the $300k or so it might have taken to get a Cobra at that time. I like the cut of her jib.

Great post, even better ride I'm sure! X

Reply



5.

2009 May 11
Seek and Report permalink

**4.39**

Fantastic post! I remember hearing the $100 bill story when I was a kid...

Reply



6.

2009 May 11
Paul permalink

Great post/photos and story. Carrol Shelby was just on the Speed Channel about a month ago – as one of his cars was being auctioned at the Barret Jackson Auto Auction in Palm Beach, FL. He looked pretty good.

Reply



7.

2009 May 11
Ben permalink

Without doubt the greatest of American sports cars. I've got a signed Daytona Cobra Coupe model sitting on my desk. Shelby will sign anything.

Great post.

Reply



8.

2009 May 11
dan permalink

If I could go back in time I'd do a lot of things, ahem, but one would be to give my then-21 year old father $7000 so he could buy that 427 Shelby Cobra a fellow sailor was selling.

Reply



9.

2009 May 12
Derrick permalink

i've loved cobras since i was a teenager. a couple of months ago i just bought a 70 cougar. watching this video makes me wanna drop a 428 in there and get a 600hp snorting monster. those cobras are the most perfect sports car ever built.

Reply

**4.40**

The Snake & the Stallion the Carroll... «The Selvedge Yard    Case 2:09-cv-01548-DGC    Document 1-2    Filed 07/27/09    Page 43 of 52

7/9/09 9:46 AM



10.

2009 May 12
dan permalink

It's almost a let down when I see what I think is an original Shelby Cobra only to read the plates: "fake" or "repli" or "my orig".

I've seen one authentic in the past 10 years. I think.

Reply

11.

2009 May 12
jmc permalink

The DVD is great, I have the Cobra/Ferrari Wars (first pressing I guess).

If you have the spare coin for the real deal, there is one coming for auction this Friday.

http://www.sportscarmarket.com/blog/?p=293

$6m, give or take. A rounding error in certain bank accounts, I suppose.

Reply

**Leave a Reply**

Name (required): ⎯⎯⎯⎯⎯⎯⎯⎯

Email (required): ⎯⎯⎯⎯⎯⎯⎯⎯

Website: ⎯⎯⎯⎯⎯⎯⎯⎯

Comment:

**Note:** You can use basic XHTML in your comments. Your email address will **never** be published.

Subscribe to this comment feed via RSS

☐ Notify me of follow-up comments via email.

**4.41**

 

# THE MOTORSPORT COLLECTOR
## www.MotorsportCollector.com

### Online Shopping

*If you prefer the personal touch, give us a call (toll free) at 800.722.8630 or 630.515.1440.*

TMC Front Page | TMC Cart Home | Log In |

Enter search keywor [ Search ]

LeMans 2009  SPOTLIGHT ON MARK DONOHUE  JUST IN!  COMING SOON!!  2008 ANNUALS  Artwork  Books  DVDs
Memorabilia  Models  Slotcars  Display Cases  GIFT CERTIFICATES

Home :: DVDs :: Racing History :: The Snake and the Stallion



Racing History

**Categories**

LeMans 2009->
SPOTLIGHT ON MARK DONOHUE
JUST IN!
COMING SOON!!
2008 ANNUALS
Artwork->
Books->
DVDs->
  |_ PAL (European) Format Titles
  |_ 2008 Season Reviews
  |_ 2007 Season Reviews
  |_ Formula 1 Season Reviews
  |_ Biographies
  |_ BTCC
  |_ Formula 1
  |_ Indianapolis 500
  |_ Le Mans
  |_ Marques
  |_ Motorcycle->
  |_ Motorfilms Quarterly
  |_ Movies / TV
  |_ NASCAR
  |_ On Board
  |_ Racing History
  |_ World Rally
  |_ Miscellaneous
Memorabilia->
Models->
Slotcars->
Display Cases->
GIFT CERTIFICATES

New Products ...
Featured Products ...
All Products ...

**New Products  [more]**

Product 42/44

[ ← prev ]    [ listing ]    [ next → ]



larger image

## The Snake and the Stallion
## $44.95

DOUBLE DISC DVD SET!

In 1962 Enzo Ferrari ruled the tracks of Europe. Then along came Shelby and his hot-rodders. No one had seen anything like the Cobra, or the war that followed.

- Shipping Weight: 1lbs

Add to Cart:  1


[ add to cart ]

[ write a review ]        [ tell a friend ]

This product was added to our catalog on Friday 06 June, 2008.

## Customers who bought this product also purchased...

  

**Wish List**

Log In to be able to add this product to your Wish List.

**Search**

Enter search keywor
[ Search ]
Advanced Search

**Notifications**

Notify me of updates to **The Snake and the Stallion**

**Tell A Friend**

Tell someone you know about this product.

**Currencies**

US Dollar

4.42




HOME   FORUM   GALLERY   CLASSIFIEDS   ABOUT US   ADVERTISE   CONTACT US

Search

Ads by Google   Sea Snake   Buy Snakes   Cobra Snake Pictures   Gardener Snakes

» Site Navigation

» Homepage
» Active Topics
» Photo Gallery
» Classifieds
»
» Forum
  > User CP
  > Premium Members
  > Today's Posts
  > FAQ
»
» AutoGuide.com Links
  > Car Reviews
  > Ferrari Car Reviews
  > New Cars
  > 2009 Ferrari Cars
  > Used Cars
  > Auto News
»
» Other Forums
  > Lamborghini Forum
  > Lotus Forum
  > Land Rover Forum
  > Audi R8 Forum



CLICK HERE TO GET PREMIUM!

» Buyers Guide

» Auto Insurance
» Car Loans
» Car Warranty
» Automotive Tires
» GPS Navigation
» Auto Parts
» Wheels
» Car Care

» Wheel & Tire Center



See Wheels on Your Car


DISCOUNT TIRE

» Sponsors

Ferrari Forums: Ferrari Forum > Ferrari Classifieds / Ferrari Buyers Guide > Ferrari Memorabilia

**The Snake & The Stallion - Best cobra/ferrari doc ever?**

User Name [ User Name ]  ☐ Remember Me?
Password [         ]  ( Log in )

Register   Home   Forum   Active Topics (T)   Gallery   Blogs   Today's Posts   Search

Please Visit our Site Sponsors





▶ Investor Resources

**Where is the stock market headed?**

If you have a $500,000 portfolio, you should download the latest report by *Forbes* columnist Ken Fisher. In it he tells you where he thinks the stock market is headed and why. This must-read report includes research and analysis you won't find anyplace else. Don't miss it!

▶ CLICK HERE to download

FISHER INVESTMENTS®



**Snake proof your dog**
Rattlesnakes are life threatening! Our system is safe and effective
www.SnakeProofing.com

**Richmond Snake Control**
Call Our Expert Exterminators For Top Quality Snake Control Services.
BeeBatBirdMen.com

**Snake Drain**
Need help unclogging your pipes? Call us today for more information!
pipetechplumbingandrooter.com

**Quarter Horse Pedigrees**
Providing comprehensive racing Quarter Horse pedigrees
www.equineline.com

Ads by Google

Ferrari-Talk.com is the largest Ferrari Forum on the Internet. Registered Users do not see the above ads.



LinkBack ▽   Thread Tools ▽   Display Modes ▽

#1 (permalink)

 03-16-2009, 05:21 AM

**petrolheadSL**
Junior Member

Join Date: Mar 2009
Posts: 2

🐍 **The Snake & The Stallion - Best cobra/ferrari doc ever?**

Thought this might be of interest-

Spirit Level Film are doing a special offer on their awesome Cobra/Ferrari doc, the Snake and the Stallion, £10 discount here: The Snake and the Stallion - Double DVD :: Trailer

'The Snake and the Stallion' vividly documents the legendary rivalry between Texas chicken farmer turned American sporting hero Carroll Shelby, and the Italian automotive aristocrat Enzo Ferrari.

First broadcast in 2002 by the BBC as 'The Cobra Ferrari Wars' to great critical acclaim, now retitled and remastered, 'The Snake and the Stallion' is being released as a collectors' edition double dvd. The filmmaker Richard Symons, has painstakingly added rare footage and previously unseen interviews.

4.43



Virgin mobile

HOT PHONES
LIMITED TIME OFFER
GET 20% OFF
NOW

Shuttle | X-tc! Arc
Mantra | Slash

Use code BEACH2009
at checkout

SAVE NOW ›

Virgin mobile

Ten years in the making, the documentary tells the remarkable story of Shelby's mission to "nail Ferrari's ass", resulting in the fearsome Cobra – possibly the most revered sports car of all time. The double DVD set includes the full broadcast film, picture galleries, previously unseen footage, exclusive never-before seen interviews, and 6 hours of un-cut interviews with Shelby, giving a unique insight into the man himself. With its fast-pace, 60's soundtrack and effortless split-screen cool, this is a classic film vividly portraying the danger and excitement of a bygone era in motor sports history.

"It's a wonderful story and I've never seen anybody tell it better. I'm very proud to have been part of it " Carroll Shelby

Attached Images

 SandScoverWebMed.jpg (214.3 KB, 0 views)

OFFLINE

QUOTE

« Gérard Donnay Ecurie Francorchamps & Jacques Swaters painter | Brand New Unlocked Htc Touch Pro2....$250 »

Currently Active Users Viewing This Thread: 1 (0 members and 1 guests)

» Network Links

» Motorcycle Reviews
» Motorcycle Classifieds
» ATV Reviews
» Jetski Reviews
» Snowmobile Reviews
» Garage Storage and
   Cabinets
» Body Kits
» Rims
» Exhaust Systems

» Sponsors

Posting Rules

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is On
Smilies are On
[IMG] code is On
HTML code is Off
Trackbacks are On
Pingbacks are On
Refbacks are On

Similar Threads

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Rocket Plane & Ferrari together | JoeRad | General Ferrari Discussion | 0 | 07-15-2008 07:09 AM |
| Black Stallion Motors Single distributor kit for 308 | NickT (Nickt) | AfterMarket Parts Upgrades | 6 | 04-30-2007 04:58 PM |

4.44

Discount Shopping Mall DVD Movies: The Snake and the Stallion (previously titled The Cobra-Ferrari Wars)

7/9/09 9:59 AM

**imall3d.com**
**Discount Shopping Mall**

Amazon.com Gift Cards
Give them exactly what they're hoping for – guaranteed
› Buy now

amazon.com

( Search )

Corporate Gift Card | Student Gift Card | Gift Cards $5 - $5,000 Never Expires

Search | DVD Movies ⌄ ( Search ) Search Within Results Advanced Search View Cart Checkout

Location: Home » DVD Movies » General AAS » The Snake and the Stallion (previously titled The Cobra-Ferrari Wars)

**Browse Departments**

- Home
- Apparel for Women
- Apparel for Men
- Books - Magazines
- Music
- Automotive
- Baby
- Beauty
- Computers - Laptops..
- DVD Movies
- Digital Cameras
- Electronics - GPS..
- Health - Personal Care
- iPods + Accessories
- Jewelry -Watches
- Kitchen
- MP3 Downloads
- Office Products
- Outdoor Living
- Pets
- Software
- Tools / Hardware
- Toys
- Video Games
- Watches
- Wireless
- Sporting Goods
- WII
- Gifts for Mom
- Gifts for Dad

## The Snake and the Stallion (previously titled The Cobra-Ferrari Wars)



**Director:** Richard Symons
**Studio:** Spirit Level Film
**Category:** DVD

**Buy New: $45.00**

**Qty** 1 **10 In Stock**
[ ADD TO CART ]

**Sales Rank:** 72865

**Format:** Ntsc
**Language:** English (Unknown)
**Region:** 0

**UPC:** 883277000290
**EAN:** 0883277000290
**ASIN:** B001E7ZZYY

**Publication Date:** 2008
**Availability:** Usually ships in 1-2 business days

**Related Categories**

General AAS
  ↳ Transportation
      ↳ Special Interests
DVD
  ↳ Format (binding)
      ↳ Refinements
DVDs Playable in any Region
  ↳ Region
      (feature two browse-bin)
      ↳ Refinements
Decade
(feature three browse-bin)
  ↳ Refinements
      ↳ DVD
Standard Edition
  ↳ Special Editions
      (feature four browse-bin)
      ↳ Refinements

**Similar Items:**

Rendezvous
Quantum of Solace
The Gumball Rally
Le Mans
Super Speedway [Blu-ray]

**Editorial Reviews:**

**Product Description**
Author: Spiritlevelfilm Binding: Slipcased/Boxed Published: 2008 Ten years in the making, this fast-paced, sixties-style, split screen epic with an amazing soundtrack tells the extraordinary story of how Carroll Shelby, together with a bunch of Southern Californian hot-rodders took on the might of Enzo Ferrari and his GTO in the mid 60s. Aside from original interviews from all the participants there's wonderful archive footage alongside some beautiful, newly filmed reconstructions with the original cars (Ferrari GTO, 250 SWB, Cobras and Daytona Coupe) on the track. A must for Cobra and Ferrari fans alike. "I spent a whole lot of time with Richard on this and he's really nailed it. Got all the right people, from Dan Gurney to Lee Iacocca. It's a wonderful, wonderful story and I've never seen anybody tell it better. I'm very proud to have been part of it." - Carroll Shelby

**Qty** 1 **10 In Stock**
[ ADD TO CART ]

4.45

# MOTOR BOOKS

Shopping Basket Status
0 Items = £0.00

| AVIATION | BUSES and TRAMS | COLLECTABLES | MARITIME | MILITARY | MOTORCYCLES | MOTORING | MOTORSPORT | RAILWAY | WORKSHOP MANUALS |

home | contact | about us | how to find us

advanced search | help | preferences

Post and Packing : UK £4.00 (or £1.50 for a single DVD/Video), over £50.00 post free. NON-UK 15.00%, over £150.00 10.00% (Minimum £7.00)

SEARCH FOR A TITLE

[ Go ]

## MOTORSPORT DEPARTMENT

**Welcome to the MOTORSPORT department. We currently have 1,433 titles by subject. Just select one of the subjects listed below and click 'go' to see the listing of titles.**

### MOTORSPORT

| BIOGRAPHIES | ▼ |

[ go ]

### MOTORSPORT DVD

| DVDs – MISC. and CD ROMs | ▼ |

[ go ]

## ALL TITLES BY CATEGORY



→ AVIATION
  6,388 titles in 97 subjects
→ BUSES and TRAMS
  790 titles in 10 subjects
→ COLLECTABLES
  1,060 titles in 8 subjects
→ MARITIME
  2,582 titles in 39 subjects
→ MILITARY
  11,987 titles in 158 subjects
→ MOTORCYCLES
  1,124 titles in 25 subjects
→ MOTORING
  5,060 titles in 163 subjects
→ MOTORSPORT
  1,433 titles in 18 subjects
→ RAILWAY
  7,196 titles in 120 subjects
→ WORKSHOP MANUALS
  2,046 titles in 59 subjects

## MOTORSPORT > MOTORSPORT DVD > DVDs - MOTORSPORT
## The Snake and the Stallion (2 disk DVD set, re-issue of Cobra Ferrari Wars)



Spirit Level Films
8 83277 000290
**£24.98**

[ add to basket ]

The extraordinary film of how Carroll Shelby, together with a bunch of Southern Californian hot-rodders and the Cobra took on the might of Enzo Ferrari and his GTO in the mid 60s. Ten years in the making this fast-paced, split screen epic double DVD is the definitive and certainly most comprehensive film ever made on the subject

"I spent a whole lot of time with Richard on this and he's really nailed it. Got all the right people, from Dan Gurney to Lee Iacocca. It's a wonderful, wonderful story and I've never seen anybody tell it better. I'm very proud to have been part of it."
*Carroll Shelby*

Ten years in the making this fast-paced epic double DVD is the definitive and certainly most comprehensive film ever made on the subject. Aside from original interviews with all the participants there's stunning footage of the original races alongside beautiful, newly filmed reconstructions with the original cars (Ferrari GTO, 250 SWB, Cobras and Daytona Coupe) on the track. A must for Cobra and Ferrari fans alike.

PAL & NTSC compatible

reviewed by



**4.46**



Keyword search Freebase   (Search)

- Explore
- Make
- Help

Sign in | Sign up

# The Snake & The Stallion

NO IMAGE

The Snake and the Stallion (formerly known as the Cobra Ferrari Wars) is a 2002 documentary film produced by Spirit Level Film, presenting the legendary rivalry between Texas chicken farmer turned American sporting hero Carroll Shelby, and the Italian automotive aristocrat Enzo Ferrari. The Snake & The Stallion aired on the BBC on Monday 17 June 2002, and was subsequently...

Read article at Wikipedia

Add more facts

See all topic history

**4.47**

# EXHIBIT 5

# CERTIFICATE OF COPYRIGHT REGISTRATION



UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*signature*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu   317 343**

TX    (TXu)

EFFECTIVE DATE OF REGISTRATION

**MAR 16 1988**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   TITLE OF THIS WORK ▼

THE COBRA - FERRARI WARS 1963-1965

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**   **a**   NAME OF AUTHOR ▼

MICHAEL L. SHOEN

DATES OF BIRTH AND DEATH
Year Born ▼   1946    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

History of Cobra-Ferrari Struggle for FIA World GT Championship

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1988 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

MICHAEL L. SHOEN
8202 N.W. 16TH AVE.
VANCOUVER, WASH. 98665

MICHAEL L. SHOEN
8202 N.W. 16TH AVE.
VANCOUVER, WASH. 98665   USA

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
MAR 16 1988
ONE DEPOSIT RECEIVED
MAR 16 1988
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of   pages

FORM TX

EXAMINED BY

CHECKED BY _____ *mrc*

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

TXu   317 343

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
(A) My Greatest Race by Adrian Bell (excerpts Chp. 8), David Brown's Aston Martins by Chris Nixon (excerpts Chp. 7), "I Drove the AC Cobra" by Paul Frere (excerpts Chp. 20)
b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
(D) "Victory at the Nurburgring" by Robert Bondurant (excerpts Chp. 38) and
(E) "A Hillclimb is Different" by Bob Bondurant (excerpts Chp. 40). All with Permission

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼     Places of Manufacture ▼
No copyright is claimed for above (A) through (E), all of which are used with permission and credited in "Acknowledgements" Section.

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Check attached     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
COPYRIGHT M. SHOEN 1988
8202 N.W. 16th Ave.
Vancouver, WA 98665 USA
(206) 574-3673
Reproduction Prohibited

COPYRIGHT M. SHOEN 1988
8202 N.W. 16th Ave.
Vancouver, WA 98665 USA
(206) 574-3673
Reproduction Prohibited

Be sure to give your daytime phone number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
MICHAEL L. SHOEN     date ▶ 3-13-88

Handwritten signature (X) ▼
*Michael L. Shoen*

**MAIL CERTIFICATE TO**
Name ▼ MICHAEL L. SHOEN
Number/Street/Apartment Number ▼ 8202 N.W. 16th Ave.
City/State/ZIP ▼ Vancouver, WA. 98665

Certificate will be mailed in window envelope

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.