SFP: 2009-6939
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **24 August 2009**
que le demande a ete executee        le (date)

-at (place, street, number)   SPIRIT LEVEL FILMS
-a (localite, rue, numero)    C/O RICHARD SYMONS
                              15 ELGIN MEWS SOUTH
                              LONDON
                              W9 1JZ

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method      **Posted to the Registered Office address of**
selon la forme particuliere suivante                       **Company**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:


in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                                                  Done at London
                                                                  fait a

in appropriate cases, documents                                   the 15 September, 2009
establishing the service:                                         le
le cas echeant, les documents
justicatifs de l'execution:                                       Signature and/or stamp:
                                                                  Signature et/ou cachet:



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Senior Master of the Supreme Court<br>Queen's Bench Division<br>Royal Courts of Justice<br>Strand London WC2A 2LL<br>England, U.K. |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
(identité et adresse)

> Spirit Level Films
> c/o Richard Symons
> 15 Elgin Mews South
> London W9 1JZ

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
  ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
  ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Done at Portland, Oregon, USA, the 10th day of Aug, 2009
*Fait à Portland, Oregon, USA, le...*

Executed "Summary" (2 Pages)
Summons in a Civil Action
Consent to Exercise of Jurisdiction by
  US Magistrate Judge & Instructions
Verified Complaint, with Exhibits

Signature and/or stamp.
*Signature et/ou cachet*

OFFICIAL SEAL
L CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 400907
MY COMMISSION EXPIRES FEB. 5, 2010

L. Celeste Ingalls

\* Delete if inappropriate
*Rayer les mentions inutiles*

\*\* Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** *Nom et adresse de l'autorité requérante:* | L. Celeste Ingalls<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon, USA 97205 |
| **Particulars of the parties\*:** *Indentité des parties:* | Michael L. Shoen .................................................................. PLAINTIFF<br>Richard Symons, et al. ........................................................ DEFENDANTS |

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*   To give notice to defendant, Spirit Level Films, of the institution against it of a claim for damages and to summon it to answer the claim.

**Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:**
*Nature et objet de l' instance, le cas échéant, le montant du litige:*

Civil claim alleging breach of contract and related actions. Plaintiff's claims include, but are not limited to, allegations that the Defendant breached their contract with Plaintiff causing plaintiff to suffer damages. Plaintiff seeks judgment for damages including, but not limited to, attorneys fees, costs of suit, and such other and further relief as the court deems just and proper.

| | |
|---|---|
| **Date and place for entering appearance\*\*:** *Date et lieu de la comparution:* | N/A |
| **Court which has given judgment\*\*:** *Juridiction qui a rendu la décision:* | N/A |
| **Date of judgment\*\*:** *Date de la décision:* | N/A |

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:*   Defendant is required to serve an ANSWER upon Plaintiff's attorney and file same ANSWER with the Court within twenty (20) days after having received the Summons and other documents herein.

### EXTRAJUDICIAL DOCUMENT\*
*ACTE EXTRAJUDICIAIRE*

| | |
|---|---|
| **Nature and purpose of the document:** *Nature et objet de l'acte:* | N/A |
| **Time limits stated in the document\*\*:** *Indication des délias figurant dans l'acte:* | N/A |

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

ZURÜCKSENDEN — RETURN
à retourner — restituire
STP 2009 6989

## SUMMARY OF THE DOCUMENT TO BE SERVED   Page 2 of 2

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

(Article 5, fourth paragraph)

Identité et adresse du destinataire / **Identity and address of the addressee** / -----:

**Spirit Level Films**
**15 Elgin Mews South**
**London W9 1JZ**

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A :

State Bar of Arizona
4201 N. 24th Street, Suite 200
Phoenix, Arizona 85016-6288
Phone: 866-482-9227

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

State Bar of Arizona
4201 N. 24th Street, Suite 200
Phoenix, Arizona 85016-6288
Phone: 866-482-9227

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Michael L. Shoen, a resident of Arizona <br><br> *Plaintiff* <br><br> v. <br><br> Richard Symons, a resident of Great Britian; Spirit Level Films, a British film distributing entity, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SPIRIT LEVEL FILMS
c/o Richard Symons
15 Elgin Mews South
London W9 1JZ

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maria Salapska
Law Office of Maria Salapska PLLC
3001 East Camelback Road, Suite 12
Phoenix, Arizona 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

8:56 am, Jul 28, 2009
s/ Richard H. Weare, Clerk