Maria Salapska (# 019585)
LAW OFFICE OF MARIA SALAPSKA, PLLC
3001 East Camelback Road, Suite 120
Phoenix, Arizona 85016
(480) 626-5597
msalapska@salapskalaw.com

*Attorneys for Plaintiff Michael L. Shoen*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael L. Shoen, a resident of Arizona,<br><br>  Plaintiff,<br><br>  v.<br><br>Richard Symons, a resident of Great Britain; Spirit Level Films, a British film distributing entity; John Doe 1-10 and Jane Doe 1-10; ABC Partnership 1-10; and XYZ Corporation 1-10,<br><br>  Defendants. | No. 2:09-cv-01548-DGC<br><br>**PROOF OF SERVICE** |

On November 5, 2009, I caused to be served upon Defendant Richard Symons the Summons and Verified Complaint by Federal Express to the last known address of Defendant Symons. The proof of delivery is attached hereto.

Dated: November 6, 2009.

                                                                LAW OFFICE OF MARIA SALAPSKA, PLLC.

                                                                By  s/ Maria Salapska
                                                                    Maria Salapska
                                                                    3001 East Camelback Road Suite 120
                                                                    Phoenix, Arizona 85016

*Attorneys for Plaintiff Michael Shoen*



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 5,2009

Dear Customer:

The following is the proof-of-delivery for tracking number **796060634040**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 24 NUTF PL LONDON W1H 5YN |
| Signed for by: | C.CHERYLE | Delivery date: | Nov 5, 2009 09:17 |
| Service type: | Intl Economy Pak | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 796060634040 | Ship date: | Oct 23, 2009 |
| | | Weight: | 1.8 lbs. |

Recipient:
RICHARD SYMONS
SPIRIT LEVEL FILMS
THE REGENT BUSINESS CTR
24-25 NUTFORD PLACE
LONDON W1H 5YN GB
**Reference**

Shipper:
MARIA SALAPSKA
LAW OFFICE OF MARIA SALAPSKA
3001 EAST CAMELBACK ROAD
SUITE 120
PHOENIX, AZ 85016 GB
Shoen

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

I further certify that on November 6, 2009, I served a copy of the foregoing via first-class mail to:

>Spirit Level Films
>c/o Richard Symons
>The Regent Business Center
>24-25 Nutford Place
>London W1H 5YN

>Richard Symons
>The Regent Business Center
>24-25 Nutford Place
>London W1H 5YN

>s/ Cheryl A. Clark