**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael L. Shoen, a resident of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Symons, a resident of Great Britain, et al.,<br><br>Defendants. | No. CV09-1548 PHX DGC<br><br>**ORDER** |

On today's date, Defendants moved for dismissal, arguing that the Court should decline to exercise supplemental jurisdiction over the remaining state law claim. Doc. 67. The contract at issue in this case was the basis for a permanent injunction issued by this Court in a related case, and Defendants have not shown a non-existent federal interest in adjudicating the contract claim. Moreover, Plaintiff's complaint alleges diversity as an alternative basis for jurisdiction.

**IT IS ORDERED** that the motion to dismiss (Doc. 67) is denied.

DATED this 22nd day of August, 2011.

David G. Campbell
United States District Judge